# United States Bankruptcy Court
## Southern District of New York

In re: Bachrach Acquisition, LLC
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Bachrach Acquisition, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Bachrach Investors, LLC
c/o Ed Lifschitz
18 White Drive
Cedarhurst, NY 11516

Three Hands Holdings LLC
Hyuang Kim
1270 Broadway, PH
New York, NY 10001

☐ None [*Check if applicable*]

May 6, 2009
Date

/s/ Henry G. Swergold, Esq.
Henry G. Swergold, Esq. (HGS-1598)
Signature of Attorney or Litigant
Counsel for  Bachrach Acquisition, LLC
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018
212-593-3000 Fax:212-593-0353