Form B6 - Summary (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

BACHRACH ACQUISITION, LLC  
(Debtor)

Case No. 09-12918-SMB  
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (Yes/No) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ - | | |
| B - Personal Property | YES | 9 | $ 20,242,929.61 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 8,113,539.04 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 113 | | $ 1,397,342.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 63 | | $ 14,677,114.88 | |
| G - Executory Contracts and Unexpired Leases | YES | 7 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ - |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ - |
| TOTAL | | 196 | $ 20,242,929.61 | $ 24,187,996.19 | |