Form B6-G
(10/05)

BACHRACH ACQUISITION, LLC  Case No. 09-12918-SMB
(Debtor)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached Schedule G1 | Non-Residential Real Estate Leases |
| See attached Schedule G2 | Executory Contracts / Leases |

BACHRACH ACQUISITION, LLC
Case #09-12918-SMB

Schedule G1 - Non-Residential Real Estate Leases

| | STORE | NO. | LOCATION | ADDRESS | LLD NAME | LLD ADDRESS | LEASE TERM |
|---|---|---|---|---|---|---|---|
| 1 | BLM | 3 | Eastland Mall-BLM | Eastland Mall Shopping Center<br>1615 E. Empire Street<br>Bloomington, IL 61701 | CBL | 2030 Hamilton Pl Blvd, Ste 500<br>Chattanooga, TN 37421 | 2/20/08-2/20/18 |
| 2 | EVN | 5 | Evansville | 800 N. Green River Road<br>Evansville, IN 47715 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 4/8/08-4/8/18 |
| 3 | TWV | 8 | Twelve Oaks | 27228 Novi Road<br>Novi, MI 48377 | Taubman | 200 E Long Lake Rd, Ste 300<br>Bloomfield Hills, MI 48303 | 08/01/01-01/31/11 |
| 4 | NPV | 9 | Naperville | 1584 State Route 59<br>Naperville, IL 60564 | Inland US Mgmt LLC | 2901 Butterfiled Road<br>OakBrook, IL 60523 | 2/1/09-7/14/09 |
| 5 | CHM | 12 | Market Place Mall | Market Place Mall<br>2000 N. Neil Street<br>Champaign, IL 61820 | General Growth | 110 N Wacker Dr<br>Chicago, IL 60606 | 2/1/08-1/31/18 |
| 6 | TYS | 14 | Tysons Corner | 7966 Tysons Corner Center<br>1961 Chain Bridge Road<br>McLean, VA 22101 | Macerich | 401 Wilshire Blvd, Ste 700<br>Santa Monica, CA 90401 | 2/1/08-1/31/18 |
| 7 | KEY | 16 | Fashion Mall-Keystone | The Fashion Mall - Space #104<br>Keystone at the Crossing<br>8702 Keystone Crossing<br>Indianapolis, IN 46240 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 11/28/07-11/28/17 |
| 8 | HUG | 18 | Houston Galleria | Houston Galleria IV - Suite #5400<br>5135 W. Alabama<br>Houston, TX 77056 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 2/1/07-1/31/17 |
| 9 | NSH | 19 | Mall at Green Hills | The Mall at Green Hills<br>2126 Abbott Martin Road - Space 157<br>Nashville, TN 37215 | Davis Street Land | 622 Davis Street, Suite 200<br>Evanston, IL 60201 | 3/30/09-3/30/19 |
| 10 | FXV | 22 | Fox Valley-Westfield | Westfield Shoppingtown Fox Valley<br>2416 Fox Valley Center<br>Aurora, IL 60504 | Westfield Corporation | 11601 Wilshire Blvd, 11th Floor<br>Los Angeles, CA 90025 | 08/01/99-07/31/09 |
| 11 | WDL | 24 | Woodland | Woodland Mall<br>3159 28th Street, S.E. Space A-7<br>Grand Rapids, MI 49512 | PREIT | 200 South Broad St.<br>Philadelphia, PA 19102 | 2/1/94-1/31/11 |
| 12 | MFR | 25 | Mayfair Mall | Mayfair Mall<br>2500 N. Mayfair Road<br>Wauwatosa, WI 53226 | General Growth | 110 N Wacker Dr<br>Chicago, IL 60606 | 02/01/05-01/31/15 |
| 13 | ORL | 27 | Orland Square | Orland Square Shopping Center<br>644 Orland Square, F-11<br>Orland Park, IL 60462 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 2/1/08-1/31/10 |
| 14 | STB | 31 | Stonebriar | Stonebriar Center - Space 2148<br>2601 Preston Road<br>Fisco, TX 75034 | General Growth | 110 N Wacker Dr<br>Chicago, IL 60606 | 08/04/00-01/31/11 |
| 15 | MNR | 34 | Monroeville | 277 Monroeville Mall<br>Monroeville, PA 15146 | CBL | 2030 Hamilton Pl Blvd, ste 500<br>Chattanooga, TN 37421 | 1/1/05-12/31/09 |
| 16 | PRM | 35 | Perimeter | Perimeter Mall<br>4400 Ashford Dunwoody Road<br>Suite 1235<br>Atlanta, GA 30346 | General Growth | 110 N Wacker Dr<br>Chicago, IL 60606 | 11/01/01-10/31/11 |

Schedule G1 - Non-Residential Real Estate Leases

| | STORE | NO. | LOCATION | ADDRESS | LLD NAME | LLD ADDRESS | LEASE TERM |
|---|---|---|---|---|---|---|---|
| 17 | H/I | 36 | Harlem-Irving | Harlem-Irving Plaza<br>4178 North Harlem Avenue<br>Norridge, IL 60706 | Harlem-Irving | 4104 North Harlem Ave., Suite 220<br>Chicago, IL 60634 | 10/01/04-12/31/15 |
| 18 | SLK | 37 | Southlake | 2046 Westfield Shoppingtown Southlake<br>Merrillville, IN 46410 | Westfield Corporation | 11601 Wilshire Blvd, 11th Floor<br>Los Angeles, CA 90025 | 2/1/07-1/31/10 |
| 19 | BRW | 38 | Briarwood | Briarwood Mall<br>844 Briarwood Circle - Space #E121<br>Ann Arbor, MI 48108 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 05/01/07-4/30/17 |
| 20 | PSQ | 47 | Penn Square | 1901 N.W. Expressway #1037<br>Oklahoma City, OK 73118 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 06/01/98-01/31/09 |
| 21 | LKS | 61 | Lakeside | 14600 Lakeside Circle<br>Unit 1376<br>Sterling Heights, MI 48313 | General Growth | 110 N Wacker Dr<br>Chicago, IL 60606 | 02/01/05-01/31/11 |
| 22 | SOM | 64 | Somerset | The Somerset Collection North<br>Space #S-204<br>2800 W. Big Beaver Road<br>Troy, MI 48084 | Forbes Cohen Properties | 100 Galleria Officentre, Ste 427<br>Southfield, MI 48034 | 08/1/07-09/31/17 |
| 23 | HTH | 69 | Hawthorne | Westfield Shoppingtown Hawthorne<br>113 Hawthorne Center<br>Vernon Hills, IL 60061 | Westfield Corporation | 11601 Wilshire Blvd, 11th Floor<br>Los Angeles, CA 90025 | 02/01/00-01/31/11 |
| 24 | OPM | 70 | Oak Park Mall | Oak Park Mall<br>11745 West 95th<br>Overland Park, KS 66214 | CBL | 2030 Hamilton Pl Blvd, ste 500<br>Chattanooga, TN 37421 | 2/1/08-1/31/10 |
| 25 | CMB | 73 | Cumberland | Cumberland Mall<br>1000 Cumberland, Space 1136<br>US Mail: 1136 Cumberland Mall<br>Atlanta, GA 30339 | General Growth | 110 N Wacker Dr<br>Chicago, IL 60606 | 2/1/06-1/31/09 |
| 26 | NPK | 76 | Northpark Center | 717 Northpark Center<br>Dallas, TX 75225 | Northpark Management Co. | 8080 North Central Expressway, Ste 1100<br>Dallas, TX 75206 | 5/4/06-1/31/17 |
| 27 | MGY | 77 | Montgomery | Westfield Shoppingtown Montgomery Mall<br>7101 Democracy Blvd. - Space 1336<br>Bethesda, MD 20817 | Westfield Corporation | 11601 Wilshire Blvd, 11th Floor<br>Los Angeles, CA 90025 | 2/1/06-6/30/16 |
| 28 | WFL | 79 | Woodfield Mall | J-106 Woodfield Mall<br>Schaumburg, IL 60173 | Taubman | 200 E Long Lake Rd, Ste 300<br>Bloomfield Hills, MI 48303 | 9/1/05-1/31/15 |
| 29 | KOP | 80 | King of Prussia | The Court of King of Prussia<br>690 W. DeKalb Pike<br>Space #2086<br>King of Prussia, PA 19406 | Kravco/Simon | 234 Mall Blvd, PO Box 1528<br>King of Prussia, PA 19406 | 6/1/06-4/30/16 |
| 30 | WLG | 81 | Willow Grove | 2500 Moreland Rd - Space 2107<br>Willow Grove, PA 19090 | PREIT | 200 South Broad St<br>Philadelphia, PA 19102 | 5/21/07-4/30/17 |
| 31 | NWP | 82 | Newport Centre | Newport Centre - Space B14A<br>30 Mall Drive West<br>Jersey City, NJ 07310 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 11/23/07-10/31/17 |
| 32 | RSF | 83 | Roosevelt Field | Roosevelt Field - Space 1108B<br>630 Old Country Road<br>Garden City, NY 11530 | Simon | 225 West Washington St<br>Indianapolis, IN 46204 | 10/23/07-09/30/17 |

BACHRACH ACQUISITION, LLC
Case #09-12918-SMB

Schedule G1 - Non-Residential Real Estate Leases

| | STORE | NO. | LOCATION | ADDRESS | LLD NAME | LLD ADDRESS | LEASE TERM |
|---|---|---|---|---|---|---|---|
| 33 | SCR | 84 | Stonecrest | The Mall at Stonecrest 2929 Turner Hill Road Space #2750 Lithonia, GA 30038 | Forest City Enterprise, Inc | Terminal Tower, 50 Public Square, Suite 1360 Cleveland, OH 44113 | 4/1/07-3/31/12 |
| 34 | LLN | 85 | Lakeline | Lakeline Mall 11200 Lakeline Mall Drive - Space C02A Cedar Park, TX 78613 | Simon | 225 West Washington St Indianapolis, IN 46204 | 10/05/07-9/30/17 |
| 35 | CST | 86 | Castleton | Castleton Square - Space 1501 6020 East 82nd Street Indianapolis, IN 46250 | Simon | 225 West Washington St Indianapolis, IN 46204 | 11/2/07-10/31/17 |
| 36 | CGT | 87 | Crossgates | Crossgates Mall - Space D206 1 Crossgates Mall Road Albany, NY 12203 | Pyramid Mgmt Group | The Clinton Exchange 4 Clinton Square Syracuse, NY 13202 | 10/28/07-09/30/17 |
| 37 | WAG | 88 | Walden Galleria | Walden Galleria - Space G101 One Walden Galleria Buffalo, NY 14225 | Pyramid Mgmt Group | The Clinton Exchange 4 Clinton Square Syracuse, NY 13202 | 11/5/07-10/31/17 |
| 38 | PGN | 89 | Fashion Ctr at Pentagon City | Fashion Center at Pentagon Space Y02  1100 S. Hayes Street Arlington, VA 22202 | Simon | 225 West Washington St Indianapolis, IN 46204 | 11/7/07-10/31/17 |
| 39 | HML | 90 | Hamilton Place | Hamilton Town Center 13170 Harrell Parkway, Space A15 Noblesville, IN 46060 | Simon | 225 West Washington St Indianapolis, IN 46204 | 11/28/07-11/28/17 |
| 40 | CTC | 91 | Chesterfield Towne Center | Chesterfield Towne Center Suite 150 11500 Midlothian Turnpike Richmond, VA 23235 | Macerich | 401 Wilshire Blvd, Ste 700 Santa Monica, CA 90401 | 9/29/08-10/31/18 |
| 41 | BCS | 93 | Barton Creek Square | 2901 S. Capital of Texas Hwy Space A06B Austin, TX 78746 | Simon | 225 West Washington St Indianapolis, IN 46204 | 7/31/07-7/31/17 |
| 42 | MED | 95 | The Meadows at Lake St. Louis | The Meadows at Lake St. Louis 10 Meadows Circle Drive, Suite 104 Lake St. Louis, MO 63367 | Davis Street Land | 622 Davis Street, Suite 200 Evanston, IL 60201 | 5/15/08-5/15/18 |
| 43 | LPZ | 97 | LaPlaza Mall | 2200 South 10th Street, Suite P01 McAllen, TX 78503 | Simon-LaPlaza | 2200 s. 10th street McAllen, TX 78503 | month to month |
| 44 | ANX | 900 | North Riverside-Annex | North Riverside Mall Space E9 - 7501 W. Cermak Road North Riverside, IL  60546 | North Riverside Park Assoc. | Urban Retail Properties 900 N Michigan Ave Chicago, IL 60611 | month to month |
| 45 | FRM | 901 | S&B | 120 Milbar Blvd. East Farmingdale, NY 11735 | Darcy Lynn Gazza | 388 Broad Hollow Dr New York, NY 11735 | 09/30/10 |
| 46 | | 901WH | | 39 Milbar Blvd. East Farmingdale, NY 11735 | Darcy Lynn Gazza | 388 Broad Hollow Dr New York, NY 11735 | 4/11/07-9/30/10 |
| 47 | QUE | 902 | S&B | 69-65 Yellowstone Blvd. Forest Hills, NY  11375 | Donrick Associates | c/o Dan's Supreme supermarkets 474 Fulton Ave Hempstead, NY 11550 | 5/1/07-5/31/09 |
| 48 | DEC | 903 | Decatur Outlet | 4206 N Prospect  Unit 103 Decatur, IL  62526 | Bloomfield 2005, LLC | c/o Block & Co., Inc 605 West 47th, Suite 200 Kansas City, MO 64112 | 6/13/07-05/31/12 |

BACHRACH ACQUISITION, LLC
Case #09-12918-SMB

Schedule G1 - Non-Residential Real Estate Leases

| STORE | NO. | LOCATION | ADDRESS | LLD NAME | LLD ADDRESS | LEASE TERM |
|---|---|---|---|---|---|---|
| 49 | GEI | 910 | Glen Ellyn | 696 E. Roosevelt Rd. Glen Ellyn, IL 60137 | Glen Ellyn Venture/Dan Development | One Trans Am Plaza Dr, Suite 120 Oakbrook Terrace, IL 60181 | 2/16/08-2/28/13 |
| 50 | NY CORP | 991 | New York Office | 1430 Broadway Suite 308 New York, NY 10018 | GLS Associates, LLC | c/o Steinberg & Pokoik Mgmt 575 Madison Ave NY, NY 10022 | 12/1/06-01/31/14 |
| 51 | CORP DC | 995 | Decatur CORP / DC | 1 Bachrach Court Decatur, IL 62526 | Barsaled | 157 Southmoreland Place Decatur, IL 62521 | 02/15/05-02/15/10 |

BACHRACH ACQUISITION, LLC
Case #09-12918-SMB

Schedule G2 - Other Executory Contracts / Leases

| NAME | ADDRESS | PHONE | FAX | CONTRACT ID | DESCRIPTION OF CONTRACT | TERM START | TERM END |
|---|---|---|---|---|---|---|---|
| ADT Security Services Inc. | P.O. Box 371967 Pittsburgh, PA 15250-7967 | 800-238-2455 | | Customer # 01300 133251748 | Store #036 Fire Monitoring | NOT SPECIFIED | NOT SPECIFIED |
| ADT Security Services Inc. | P.O. Box 371967 Pittsburgh, PA 15250-7967 | 800-238-2455 | | Customer # 01300 113046052 | Store #900 Fire Monitoring | NOT SPECIFIED | NOT SPECIFIED |
| ALLIED BENEFIT SYSTEMS, INC | 208 S LaSalle Street Suite 1300 Chicago, IL 60604 | 302-906-8080 | | Group #A06186 | Administrative Services Agreement for Claims Processing executed 10/01/07 | 10/01/08 | 09/30/09 |
| AU BETA NETWORKS CORPORATION | 801 South Fidalgo Street Seattle, WA 98108 | 206-766-8800 | 206-766-9100 | | Master Services Agreement for WAN Connections executed 11/20/08 and Contract Modification Agreement dated 11/20/08 | 11/20/08 | 11/30/10 |
| CERTEGY CHECK SERVICES, INC | 11601 Roosevelt Boulevard St Petersburg, FL 33716 | 727-556-9000 | 727-556-9196 | Quote #21629 | Certegy Welcome Check Warranty Agreement | 05/31/09 | 05/31/10 |
| CERTEGY CHECK SERVICES, INC | 11601 Roosevelt Boulevard St Petersburg, FL 33716 | 727-556-9000 | 727-556-9196 | | Certegy Verification Agreement | 05/31/09 | 05/31/10 |
| CHASE PAYMENTECH SOLUTIONS, LLC | 4200 West Cypress, Suite 350 Tampa, FL 33607 | 813-354-4239 | 813-348-2818 | | Electronic Transactions Processing Services signed 3/23/09 | NOT SPECIFIED | NOT SPECIFIED |
| CHECKPOINT SECURITY SYSTEMS GROUP, INC | 8180 Upland Circle Chanhassen, MN 55317 | | | | Master Monitoring Agreement | 02/27/07 | 02/27/10 |
| CPE HR, INC dba CPE HR | 9200 W Sunset Blvd, Suite 1100 West Hollywood, CA 90069 | | | | Client Services Agreement | 02/01/07 | NOT SPECIFIED |
| D MIN SITE, INC | 100 East River Center Blvd, Suite 500 Covington, KY 41011 | | | | DM Mail Services Agreement - e-mail marketing | 09/04/08 | 09/03/09 |
| GEORGE ALARM COMPANY | 917 South Ninth Springfield, IL 62703 | 217-525-1334 | | | Agreement for Alarm Monitoring Service | 08/11/06 | NOT SPECIFIED |
| GREAT AMERICAN LEASING CORPORATION | 625 First Street, SE Cedar Rapids, IA 52401 | 866-803-2657 | | 007-0384442-000 | 3 Copiers: Toshiba Copier Model 451C (CHF617880) Toshiba Copier Model 452 (CIJ621655) Toshiba Copier Model 232 (CRI628723) | 11/02/06 | 11/30/11 |
| HCC LIFE INSURANCE COMPANY | Three Town Park Commons 225 Town Park Drive, Suite 145 Kennesaw, GA 30144 | 800-447-0460 | | | Stop Loss Insurance Renewal Certificate | 10/01/08 | 09/30/09 |
| IBM | New Orchard Road Armonk, NY 10504 | 914-499-1900 | | Schedule #AB6KBX | Schedule for ServiceElite for: Ultrium Tapedrive Lexmark Laser Printers (3) PwrStation 570 AS/400E Server Line Matrix Printer | 07/01/07 | 06/30/12 |
| LOWRY COMPUTER PRODUCTS, INC | 9420 Maltby Rd Brighton, MI 48116 | 800-733-0010 | 810-220-6491 | 0809R0111 | Maintenance contract for label & tag printers | 11/15/08 | 11/14/09 |
| LOWRY COMPUTER PRODUCTS, INC | 9420 Maltby Rd Brighton, MI 48116 | 800-733-0010 | 810-220-6491 | 0811R0249 | Maintenance contract for tag printer - on site | 02/01/09 | 01/31/10 |
| LOWRY COMPUTER PRODUCTS, INC | 9420 Maltby Rd Brighton, MI 48116 | 800-733-0010 | 810-220-6491 | 0804R0159 | Maintenance contract for tag printer - on site | 07/01/08 | 06/30/09 |
| NEXUM, INC | 190 South LaSalle Street, Suite 1450 Chicago, IL 60603 | 800-301-3894 | 312-726-4451 | | F5 Network Support Services | 04/06/07 | 04/05/08 |
| NSB RETAIL SOLUTIONS, INC | 2800 Trans Canada Highway Point Claire, Quebec, Canada H9R 1B1 | | | | Service Master Agreement - NSB Software | ??? | 5 years following execution |
| PERSPECTIVES, LTD | 20 North Clark Street, Suite 2650 Chicago, IL 60602 | | | | Consulting Agreement - EAP & Worklife | 01/01/09 | 12/31/09 |

BACHRACH ACQUISITION, LLC
Case #09-12918-SMB

Schedule G2 - Other Executory Contracts / Leases

| NAME | ADDRESS | PHONE | FAX | CONTRACT ID | DESCRIPTION OF CONTRACT | TERM START | TERM END |
|---|---|---|---|---|---|---|---|
| PNC BANK | PNC Merchant Services<br>Two PNC Plaza<br>620 Liberty Avenue<br>Pittsburgh, PA 15222 | 717-597-4786 | 717-597-2786 | | Credit Card Processor | 09/05/06 | NOT SPECIFIED |
| RAI CREDIT LLC/ ACCUCREDIT ASSOCIATES, LLC | RAI<br>PO Box 1003<br>Totowa, NJ 07511-1003 | 201-518-1126 | | | Bachrach House Card Processor Auto renewal (2 year) | 06/18/08 | 06/18/11 |
| SIEMENS COMMUNICATIONS, INC | 2501 N Barrington Road<br>Hoffman Estates, IL 60195 | | | 33186 | HiPath Lifecycle Standard Plan Agreement for Products & Services signed 9/2/08 | NOT SPECIFIED | NOT SPECIFIED |
| TELECHECK / FIRST DATA USA | TeleCheck<br>PO Box 4514<br>Houston TX, 77210-4514 | 847-844-0368 | 402-916-7333 | | POS Payment Processor - Check authorization | 04/03/07 | NOT SPECIFIED |
| THE HORTON INSURANCE AGENCY, INC dba THE HORTON GROUP | 125 S Wacker Drive, Ste 2080<br>Chicago, IL 60606 | 312-917-8600 | 312-917-8601 | | Business Associate Agreement | 06/06/07 | |
| VECTOR SECURITY, INC | National Accounts Division<br>10642 Wakeman Court<br>Manassas, VA 20110 | 888-883-2867 | | #BACHRACH-08 | Master Agreement - Installation & Service | 03/31/08 | 03/31/13 |
| VECTOR SECURITY, INC | National Accounts Division<br>10642 Wakeman Court<br>Manassas, VA 20110 | 888-883-2867 | | #BACHRACH-08 | Master Agreement - Installation & Service | 04/08/08 | 04/08/11 |