| | |
|---|---|
| **Schedule 1.1** | Assumed Cure Amount |
| **Schedule 1.1(a)** | Assumed Administration Payables |
| **Schedule 1.1(a)(Consignment)** | Consignment Inventory |
| **Schedule 1.1(b)(Excluded Contracts)** | Excluded Contracts |
| **Schedule 1.1(c)** | Excluded Lease – Lease listed by purchaser may be amended or modified |
| **Schedule 1.1(d)** | Knowledge of Seller – Actual knowledge, after reasonable inquiry |
| **Schedule 1.1(b)(Purchased Contracts)** | Purchased Contract |
| **Schedule 1.1(e)** | Purchased Leases |
| **Schedule 2.1(b)(xi)** | Assigned Benefit Plans and Policies |
| **Schedule 2.2(b)** | List of all excluded inventory, equipment and other tangible assets |
| **Schedule 2.2(c)** | Excluded Leases and Excluded Contracts |
| **Schedule 2.2(m)** | Additional Excluded Assets |
| **Schedule 5.3(a)** | Conflicts |
| **Schedule 5.3(b)** | Consents – Seller |
| **Schedule 5.4** | Approvals – Seller |
| **Schedule 5.5** | Title |
| **Schedule 5.7** | Intellectual Property |
| **Schedule 5.8(a)** | Employee Benefit Plans |
| **Schedule 5.8(b)** | Multiemployer Pension Plan |
| **Schedule 5.9** | Litigation |
| **Schedule 5.16(a)** | Permits |
| **Schedules 5.17** | Affiliate Transactions |
| **Schedule 6.3(a)** | Conflicts Purchase |
| **Schedule 6.3(b)** | Approvals Purchase |

# BACHRACH ACQUISITION, LLC
Asset Purchase Agreement

## Schedule 1.1 - Cure Amounts

| STORE # | | LOCATION | VENDOR # | LLD NAME | CURE AMOUNTS | | NOTES |
|---|---|---|---|---|---|---|---|
| EVN | 5 | Evansville | 4773S01 | Simon | $ | 1,000.00 | |
| TWV | 8 | Twelve Oaks | TWELV01 | Taubman | $ | O - | |
| KEY | 16 | Fashion Mall-Keystone | 2110K01 | Simon | $ | 1,000.00 | |
| HUG | 18 | Houston Galleria | SAGAL01 | Simon | $ | 1,000.00 | |
| NSH | 19 | Mall at Green Hills | THEMA02 | Davis Street Land | $ | 70,000.00 | in 5 payments from Close |
| MFR | 25 | Mayfair Mall | MAYFA01 | General Growth | $ | O - | |
| ORL | 27 | Orland Square | 4670O01 | Simon | $ | 1,000.00 | |
| STB | 31 | Stonebriar | STONE01 | General Growth | $ | O - | |
| SLK | 37 | Southlake | SOUTH01 | Westfield Corporation | $ | O - | |
| PSQ | 47 | Penn Square | 7603P01 | Simon | $ | 1,000.00 | |
| SOM | 64 | Somerset | SOMER01 | Forbes Cohen Properties | $ | O - | |
| NPK | 76 | Northpark Center | NORTH05 | Northpark Management Co. | | | Remodel of store after April 2010 |
| WFL | 79 | Woodfield Mall | WOODF01 | Taubman | $ | O - | |
| RSF | 83 | Roosevelt Field | THERE01 | Simon | $ | 1,000.00 | |
| PGN | 89 | Fashion Ctr at Pentagon City | FASHI01 | Simon | $ | 1,000.00 | |
| HML | 90 | Hamilton Place | HAMIL01 | Simon | $ | 1,000.00 | |
| MED | 95 | The Meadows at Lake St. Louis | THEME01 | Davis Street Land | . | 0 | |
| NY | 991 | New York Office | GLSAS01 | GLS Associates, LLC | | O - | |
| | | TOTALS | | | $ | 78,000.00 | |

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

**Schedule 1.1(a) Assumed Administration Payables**

| CNAIN01 | C.N.A. Insurance | EXP | $ | 1,168.18 |
|---|---|---|---|---|
| GLACI01 | Glacial Energy of Texas | UTILITY | $ | 500.21 |
| GRANI01 | Granite Telecommunications | UTILITY | $ | 1,836.05 |
| PAETE01 | PAETEC | UTILITY | $ | 11,786.44 |
| SPRIN03 | SPRINT / corp | UTILITY | $ | 6,922.45 |
| THECO01 | The Conference Group | UTILITY | $ | 36.78 |
| VASEY01 | VASEY Commercial Heating & Air | EXP | $ | 191.00 |
| VILLA06 | Village of Schaumburg | UTILITY | $ | 123.63 |
| WATER01 | Waterboy | UTILITY | $ | 28.24 |
| | | | $ | 22,592.98 |
| Wells pay off | | | $ | 100,000.00 |
| AP schedule above | | | $ | 22,592.98 |
| Medical claims | | | $ | 28,000.00 |
| Hilco | per cash flow schedule | | $ | 85,000.00 |
| Employee reimursements | per schedule | | $ | 6,202.00 |
| Sales tax plus Texas ad tax | per schedule less payments and incl December /Jan Taxes | | $ | 323,000.00 |
| Vendors | see schedule on next tab | | $ | 436,000.00 |
| Vendors | consignment | $ 340,000.00 | | |
| | | | | |
| **Total Payables.** | **excluding consignment** | | | **$ 1,000,794.98** |

**Accounts payable Vendors**

| | consignment | | payables |
|---|---|---|---|
| BJD | $ | 300,000.00 | |
| Braemore | $ | 40,000.00 | |
| World | | | $ 40,000.00 |
| Marina Imports | | | $ 10,000.00 |
| Race Monsier | | | $ 30,000.00 |
| Byblos | | | $ 81,000.00 |
| Zakaraya | | | $ 80,000.00 |
| Cosani | | | $ 80,000.00 |
| Unique | | | $ 10,000.00 |
| Gelima | | | $ 30,000.00 |
| Gruppo Bravo | | | $ 10,000.00 |
| Enzone | | | |
| Makilon | | | $ 25,000.00 |
| J Maverick | | | |
| Concorde | | | $ 40,000.00 |
| | $ | 340,000.00 | $436,000.00 |

Schedule 1.1(a) – Consignment Inventory

*(handwritten annotation: Consign inventory · Total)*

| DEPT | ITEM # | COLOR | DESCRIPTION | VENDOR # | COST | INV QTY | INV @ COST |
|---|---|---|---|---|---|---|---|
| TAILORED/SUITS | 36534 | NONE | ASSORTED ITALIAN SUITS | NEEMA | $120.00 | 647 | $77,640.00 |
| TAILORED/SUITS | 36535 | NONE | ASSORTED WOOL SUITS | NEEMA | $75.00 | 972 | $72,900.00 |
| TAILORED/SUITS | 36536 | NONE | ASSORTED BCBG SUITS | NEEMA | $135.00 | 396 | $53,460.00 |
| TAILORED/SUITS | 36537 | NONE | ASSORTED UNGARO SUITS | NEEMA | $95.00 | 323 | $30,685.00 |
| TAILORED/SUITS | 36538 | NONE | ASST UNGARO TUX SUITS | NEEMA | $110.00 | 139 | $16,290.00 |
| TAILORED/SPORTCOATS | 36539 | NONE | ASST BCBG SPORTCOAT | NEEMA | $85.00 | 132 | $11,220.00 |
| TAILORED/SPORTCOATS | 36540 | NONE | ASSORTED UNGARO BLAZER | NEEMA | $65.00 | 175 | $11,375.00 |
| TAILORED/SEP JACKET | 36541 | BLCK | BCBG SEPARATES JACKET | NEEMA | $95.00 | 62 | $5,890.00 |
| TAILORED/SEP PANTS | 36542 | BLCK | BCBG SEPARATES TROUSER | NEEMA | $30.00 | 86 | $2,580.00 |
| TAILORED/TROUSERS | 36543 | NONE | ASST WOOL TROUSERS | NEEMA | $24.50 | 930 | $22,785.00 |
| OUTERWEAR/CASUAL OUT | 0991-70020 | BLACK | QUILTED SHORT JACKET | MICHAEL BRANDON | $40.00 | 202 | $8,080.00 |
| OUTERWEAR/CASUAL OUT | 0991-70020 | BROWN | QUILTED SHORT JACKET | MICHAEL BRANDON | $40.00 | 74 | $2,960.00 |
| OUTERWEAR/CASUAL OUT | 0991-70021 | BLACK | COTTON SHORT JACKET | MICHAEL BRANDON | $40.00 | 117 | $4,680.00 |
| OUTERWEAR/CASUAL OUT | 0991-70022 | BLACK | P/N BIKER JACKET | MICHAEL BRANDON | $40.00 | 98 | $3,920.00 |
| OUTERWEAR/CASUAL OUT | 0991-70023 | BLACK | SHORT JACKET ZIP POCKET | MICHAEL BRANDON | $40.00 | 113 | $4,520.00 |
| OUTERWEAR/CASUAL OUT | 0991-70023 | BROWN | SHORT JACKET ZIP POCKET | MICHAEL BRANDON | $40.00 | 159 | $6,360.00 |
| OUTERWEAR/DRESS OUTR | 0991-70024 | BLACK | 4B CARNABY JACKET | MICHAEL BRANDON | $45.00 | 43 | $1,935.00 |
| OUTERWEAR/DRESS OUTR | 0991-70025 | BLACK | WOOL BLEND PEACOAT | MICHAEL BRANDON | $60.00 | 12 | $720.00 |
| OUTERWEAR/DRESS OUTR | 0991-70026 | BLACK | POCKET CARNABY | MICHAEL BRANDON | $60.00 | 17 | $1,020.00 |
| OUTERWEAR/DRESS OUTR | 0991-70026 | GREY | POCKET CARNABY | MICHAEL BRANDON | $60.00 | 16 | $960.00 |
| OUTERWEAR/DRESS OUTR | 0991-70027 | BLACK | DB BLAZER | MICHAEL BRANDON | $60.00 | 23 | $1,380.00 |
| OUTERWEAR/DRESS OUTR | 0991-70498 | BLACK | DB EPLT OUTERWEAR | MICHAEL BRANDON | $68.00 | 37 | $2,516.00 |
| OUTERWEAR/DRESS OUTR | 0991-70498 | CHARCOA | DB EPLT OUTERWEAR | MICHAEL BRANDON | $68.00 | 43 | $2,924.00 |
| SPORTSWEAR/BOTTOMS | 0991-70075 | BROWN | ANTIQUE BROWN BOOT CUT | MICHAEL BRANDON | $18.00 | 90 | $1,620.00 |
| SPORTSWEAR/BOTTOMS | 0991-70076 | BLUE | VINTAGE BLUE BOOT CUT | MICHAEL BRANDON | $18.00 | 86 | $1,548.00 |
| SPORTSWEAR/BOTTOMS | 0991-70077 | BLUE | NIGHT BLUE CLASSIC FIT | MICHAEL BRANDON | $18.00 | 103 | $1,854.00 |
| SPORTSWEAR/BOTTOMS | 0991-70078 | DARK TAN | DARK TAN CLASSIC FIT | MICHAEL BRANDON | $18.00 | 89 | $1,602.00 |
| SPORTSWEAR/BOTTOMS | 0991-70079 | BLUE | VINTAGE BLUE RELAX FIT | MICHAEL BRANDON | $18.00 | 106 | $1,908.00 |
| SPORTSWEAR/BOTTOMS | 0991-70080 | BROWN | ANTIQUE BROWN RELAX FIT | MICHAEL BRANDON | $18.00 | 56 | $1,008.00 |
| SPORTSWEAR/BOTTOMS | 0991-70449 | VINTAGE | VINTAGE BLUE JEAN | MICHAEL BRANDON | $10.00 | 0 | $0.00 |
| SPORTSWEAR/BOTTOMS | 0991-70450 | INK | INK JEAN | MICHAEL BRANDON | $10.00 | 0 | $0.00 |
| SPORTSWEAR/BOTTOMS | 0991-70452 | BLUE STE | BLUE STEEL JEAN | MICHAEL BRANDON | $10.00 | 0 | $0.00 |
| SPORTSWEAR/LS KNITS | 0991-70002 | BLACK | LAYERED LOOK SWEATER | MICHAEL BRANDON | $30.00 | 28 | $840.00 |
| SPORTSWEAR/LS KNITS | 0991-70002 | CHOCOLA | LAYERED LOOK SWEATER | MICHAEL BRANDON | $30.00 | 20 | $600.00 |
| SPORTSWEAR/LS KNITS | 0991-70002 | NAVY | LAYERED LOOK SWEATER | MICHAEL BRANDON | $30.00 | 34 | $1,020.00 |
| SPORTSWEAR/LS KNITS | 0991-70003 | BLACK | 4B MOCK NECK WITH CONTRAST SLEEVE | MICHAEL BRANDON | $26.50 | 40 | $1,060.00 |
| SPORTSWEAR/LS KNITS | 0991-70003 | CHOCOLA | 4B MOCK NECK WITH CONTRAST SLEEVE | MICHAEL BRANDON | $26.50 | 38 | $1,007.00 |
| SPORTSWEAR/LS KNITS | 0991-70003 | GREY | 4B MOCK NECK WITH CONTRAST SLEEVE | MICHAEL BRANDON | $26.50 | 21 | $556.50 |
| SPORTSWEAR/LS KNITS | 0991-70003 | NAVY | 4B MOCK NECK WITH CONTRAST SLEEVE | MICHAEL BRANDON | $26.50 | 45 | $1,192.50 |
| SPORTSWEAR/LS KNITS | 0991-70004 | BLACK | 5B CARDIGAN WITH TRIM | MICHAEL BRANDON | $26.50 | 26 | $689.00 |

| Department | Item # | Color | Description | Unit Price | Qty | Total |
|---|---|---|---|---|---|---|
| SPORTSWEAR/LS KNITS | 0991-70004 | BROWN | 5B CARDIGAN WITH TRIM | $26.50 | 39 | $1,033.50 |
| SPORTSWEAR/LS KNITS | 0991-70004 | GREY | 5B CARDIGAN WITH TRIM | $26.50 | 24 | $636.00 |
| SPORTSWEAR/LS KNITS | 0991-70004 | NAVY | 5B CARDIGAN WITH TRIM | $26.50 | 48 | $1,272.00 |
| SPORTSWEAR/LS KNITS | 0991-70005 | BLACK | V-NECK SWEATER VEST | $18.00 | 29 | $522.00 |
| SPORTSWEAR/LS KNITS | 0991-70005 | CHOCOLA | V-NECK SWEATER VEST | $18.00 | 18 | $324.00 |
| SPORTSWEAR/LS KNITS | 0991-70005 | GREY | V-NECK SWEATER VEST | $18.00 | 21 | $378.00 |
| SPORTSWEAR/LS KNITS | 0991-70006 | BLACK | 5B CARDIGAN VEST | $19.00 | 44 | $836.00 |
| SPORTSWEAR/LS KNITS | 0991-70006 | CHOCOLA | 5B CARDIGAN VEST | $19.00 | 24 | $456.00 |
| SPORTSWEAR/LS KNITS | 0991-70006 | GREY | 5B CARDIGAN VEST | $19.00 | 33 | $627.00 |
| SPORTSWEAR/LS KNITS | 0991-70007 | BIRCH | 4B FITTED MOCK NECK SWEATER | $17.00 | 45 | $765.00 |
| SPORTSWEAR/LS KNITS | 0991-70007 | BLACK | 4B FITTED MOCK NECK SWEATER | $17.00 | 34 | $578.00 |
| SPORTSWEAR/LS KNITS | 0991-70007 | BROWN | 4B FITTED MOCK NECK SWEATER | $17.00 | 33 | $561.00 |
| SPORTSWEAR/LS KNITS | 0991-70007 | NAVY | 4B FITTED MOCK NECK SWEATER | $17.00 | 36 | $612.00 |
| SPORTSWEAR/LS KNITS | 0991-70008 | BIRCH | V-NECK FOLDED OVER | $13.00 | 56 | $728.00 |
| SPORTSWEAR/LS KNITS | 0991-70008 | BLACK | V-NECK FOLDED OVER | $13.00 | 61 | $793.00 |
| SPORTSWEAR/LS KNITS | 0991-70008 | BROWN | V-NECK FOLDED OVER | $13.00 | 45 | $585.00 |
| SPORTSWEAR/LS KNITS | 0991-70008 | NAVY | V-NECK FOLDED OVER | $13.00 | 49 | $637.00 |
| SPORTSWEAR/LS KNITS | 0991-70009 | BIRCH | ZIP MOCK CABLE | $13.00 | 40 | $520.00 |
| SPORTSWEAR/LS KNITS | 0991-70009 | BLACK | ZIP MOCK CABLE | $13.00 | 45 | $585.00 |
| SPORTSWEAR/LS KNITS | 0991-70009 | NAVY | ZIP MOCK CABLE | $13.00 | 51 | $663.00 |
| SPORTSWEAR/LS KNITS | 0991-70010 | BLACK | ZIP MOCK FRONT CABLE | $12.00 | 32 | $384.00 |
| SPORTSWEAR/LS KNITS | 0991-70010 | BROWN | ZIP MOCK FRONT CABLE | $12.00 | 31 | $372.00 |
| SPORTSWEAR/LS KNITS | 0991-70010 | BUFF | ZIP MOCK FRONT CABLE | $12.00 | 38 | $456.00 |
| SPORTSWEAR/LS KNITS | 0991-70010 | CHARCOA | ZIP MOCK FRONT CABLE | $12.00 | 13 | $156.00 |
| SPORTSWEAR/LS KNITS | 0991-70010 | EVENING | ZIP MOCK FRONT CABLE | $12.00 | 26 | $312.00 |
| SPORTSWEAR/LS KNITS | 0991-70011 | BLACK | DOUBLE STRIPE ZIP MOCK | $12.00 | 43 | $516.00 |
| SPORTSWEAR/LS KNITS | 0991-70011 | BROWN | DOUBLE STRIPE ZIP MOCK | $12.00 | 1 | $12.00 |
| SPORTSWEAR/LS KNITS | 0991-70011 | BUFF | DOUBLE STRIPE ZIP MOCK | $12.00 | 2 | $24.00 |
| SPORTSWEAR/LS KNITS | 0991-70011 | CHARCOA | DOUBLE STRIPE ZIP MOCK | $12.00 | -1 | -$12.00 |
| SPORTSWEAR/LS KNITS | 0991-70011 | EVENING | DOUBLE STRIPE ZIP MOCK | $12.00 | -1 | -$12.00 |
| SPORTSWEAR/LS KNITS | 0991-70012 | BLACK | 4B MOCK CABLE | $12.00 | 7 | $84.00 |
| SPORTSWEAR/LS KNITS | 0991-70012 | BROWN | 4B MOCK CABLE | $12.00 | 2 | $24.00 |
| SPORTSWEAR/LS KNITS | 0991-70012 | CHARCOA | 4B MOCK CABLE | $12.00 | 36 | $432.00 |
| SPORTSWEAR/LS KNITS | 0991-70012 | DENIM | 4B MOCK CABLE | $12.00 | 13 | $156.00 |
| SPORTSWEAR/LS KNITS | 0991-70012 | TOBACCO | 4B MOCK CABLE | $12.00 | 31 | $372.00 |
| SPORTSWEAR/LS KNITS | 0991-70013 | CHARCOA | HORIZ STRIPE V-NECK | $12.00 | 1 | $12.00 |
| SPORTSWEAR/LS KNITS | 0991-70013 | DENIM | HORIZ STRIPE V-NECK | $12.00 | 27 | $324.00 |
| SPORTSWEAR/LS KNITS | 0991-70014 | DENIM | DENIM LS KNIT | $11.00 | 48 | $528.00 |
| SPORTSWEAR/LS KNITS | 0991-70015 | CHARCOA | BASIC LS CREW | $11.00 | 46 | $506.00 |
| SPORTSWEAR/LS KNITS | 0991-70015 | DX CHOC( | BASIC LS CREW | $11.00 | 14 | $154.00 |
| SPORTSWEAR/LS KNITS | 0991-70015 | NUBUCK | BASIC LS CREW | $11.00 | 68 | $748.00 |

All item colors and descriptions are for MICHAEL BRANDON.



| Department | Item | Color | Color Description | Product Description | Unit Price | Qty | Total |
|---|---|---|---|---|---|---|---|
| SPORTSWEAR/LS KNITS | 0991-70015 | WHITE | | BASIC LS CREW | $11.00 | 64 | $704.00 |
| SPORTSWEAR/LS KNITS | 0991-70016 | BLACK | | RIBBED LS CREW | $11.00 | 28 | $296.00 |
| SPORTSWEAR/LS KNITS | 0991-70016 | BORDEAU | RIBBED LS CREW | | $11.00 | 15 | $165.00 |
| SPORTSWEAR/LS KNITS | 0991-70016 | CHAR | | RIBBED LS CREW | $11.00 | 73 | $803.00 |
| SPORTSWEAR/LS KNITS | 0991-70016 | NUBUCK | RIBBED LS CREW | | $11.00 | 35 | $385.00 |
| SPORTSWEAR/LS KNITS | 0991-70017 | BLACK | | RIBBED CREW | $11.00 | 67 | $737.00 |
| SPORTSWEAR/LS KNITS | 0991-70018 | ABYSS | | ZIP MOCK | $11.00 | 18 | $198.00 |
| SPORTSWEAR/LS KNITS | 0991-70018 | CHOCOLA | ZIP MOCK | | $11.00 | 6 | $66.00 |
| SPORTSWEAR/LS KNITS | 0991-70018 | NUBUCK | ZIP MOCK | | $11.00 | 12 | $132.00 |
| SPORTSWEAR/LS KNITS | 0991-70019 | ABYSS | | BASIC LS | $11.00 | 5 | $55.00 |
| SPORTSWEAR/LS KNITS | 0991-70446 | BLACK | | FULL ZIP CENTER STRIPE LS KNIT | $14.50 | 64 | $928.00 |
| SPORTSWEAR/LS KNITS | 0991-70446 | GREY | | FULL ZIP CENTER STRIPE LS KNIT | $14.50 | 53 | $768.50 |
| SPORTSWEAR/LS KNITS | 0991-70446 | OLIVE | | FULL ZIP CENTER STRIPE LS KNIT | $14.50 | 56 | $812.00 |
| SPORTSWEAR/LS KNITS | 0991-70499 | CHOCOLA | SOLID 1/4 ZIP SWEATER | | $7.50 | 51 | $382.50 |
| SPORTSWEAR/LS KNITS | 0991-70499 | ROSEWOO | SOLID 1/4 ZIP SWEATER | | $7.50 | 56 | $420.00 |
| SPORTSWEAR/LS WOVENS | 0991-70028 | SILVER | PAISLEY DOBBY STRIPE | | $35.00 | 50 | $1,750.00 |
| SPORTSWEAR/LS WOVENS | 0991-70029 | BROWN | HOMBRE STRIPE | | $35.00 | 55 | $1,925.00 |
| SPORTSWEAR/LS WOVENS | 0991-70030 | METAL | EBONY JACQUARD | | $35.00 | 44 | $1,540.00 |
| SPORTSWEAR/LS WOVENS | 0991-70031 | BORDEAU | GRADIATED CIRCLE STRIPE | | $35.00 | 34 | $1,190.00 |
| SPORTSWEAR/LS WOVENS | 0991-70032 | BLACK | CHAIN LINK STRIPE | | $35.00 | 50 | $1,750.00 |
| SPORTSWEAR/LS WOVENS | 0991-70033 | BROWN | DOBBY TONAL STRIPE | | $35.00 | 48 | $1,680.00 |
| SPORTSWEAR/LS WOVENS | 0991-70034 | BARK | VARIEGATED STRIPE | | $35.00 | 55 | $1,925.00 |
| SPORTSWEAR/LS WOVENS | 0991-70035 | BORDEAU | BUTTON DOWN FLANGE | | $35.00 | 62 | $2,170.00 |
| SPORTSWEAR/LS WOVENS | 0991-70035 | NAVY | BUTTON DOWN FLANGE | | $35.00 | 57 | $1,995.00 |
| SPORTSWEAR/LS WOVENS | 0991-70036 | COBALT | MICRO DOBBY STRIPE | | $35.00 | 59 | $2,065.00 |
| SPORTSWEAR/LS WOVENS | 0991-70037 | WHITE | EMBROIDERED PATTERN MIX | | $12.00 | 46 | $552.00 |
| SPORTSWEAR/LS WOVENS | 0991-70038 | ASH | PRINTED PAISLEY STRIPE | | $12.00 | 11 | $132.00 |
| SPORTSWEAR/LS WOVENS | 0991-70039 | TAUPE | FLORAL PRINT | | $12.00 | 20 | $240.00 |
| SPORTSWEAR/LS WOVENS | 0991-70040 | BLACK | TONAL DIAMOND DOBBY | | $35.00 | 29 | $1,015.00 |
| SPORTSWEAR/LS WOVENS | 0991-70040 | WHITE | TONAL DIAMOND DOBBY | | $35.00 | 76 | $2,660.00 |
| SPORTSWEAR/LS WOVENS | 0991-70041 | COFFEE | VARIEGATED TEXTURE SOLID | | $35.00 | 12 | $420.00 |
| SPORTSWEAR/LS WOVENS | 0991-70041 | INK | VARIEGATED TEXTURE SOLID | | $35.00 | 37 | $1,295.00 |
| SPORTSWEAR/LS WOVENS | 0991-70041 | METAL | VARIEGATED TEXTURE SOLID | | $35.00 | 40 | $1,400.00 |
| SPORTSWEAR/LS WOVENS | 0991-70041 | WHITE | VARIEGATED TEXTURE SOLID | | $35.00 | 30 | $1,050.00 |
| SPORTSWEAR/LS WOVENS | 0991-70042 | LAVENDE | HERRINGBONE TEXTURED SOLID | | $35.00 | 55 | $1,925.00 |
| SPORTSWEAR/LS WOVENS | 0991-70042 | SKY | HERRINGBONE TEXTURED SOLID | | $35.00 | 91 | $3,185.00 |
| SPORTSWEAR/LS WOVENS | 0991-70042 | WHITE | HERRINGBONE TEXTURED SOLID | | $35.00 | 78 | $2,730.00 |
| SPORTSWEAR/LS WOVENS | 0991-70043 | BROWN | HOUNDSTOOTH | | $35.00 | 61 | $2,135.00 |
| SPORTSWEAR/LS WOVENS | 0991-70044 | WHITE | DOT STRIPE | | $35.00 | 85 | $2,975.00 |
| SPORTSWEAR/LS WOVENS | 0991-70045 | ORANGE | LS WOVEN | | $35.00 | 27 | $945.00 |
| SPORTSWEAR/LS WOVENS | 0991-70046 | NATURAL | MINI CHECK | | $35.00 | 42 | $1,470.00 |



| Department | Style | Color | Description | Price | Qty | Total |
|---|---|---|---|---|---|---|
| SPORTSWEAR/LS WOVENS | 0991-70046 | ORANGE | MINI CHECK | $35.00 | 22 | $770.00 |
| SPORTSWEAR/LS WOVENS | 0991-70047 | ORANGE | CONTRAST STRIPE | $35.00 | 51 | $1,785.00 |
| SPORTSWEAR/LS WOVENS | 0991-70048 | BROWN | JACQUARD STRIPE | $35.00 | 48 | $1,680.00 |
| SPORTSWEAR/LS WOVENS | 0991-70049 | WHITE | BLACK STRIPE DOBBY | $35.00 | 53 | $1,855.00 |
| SPORTSWEAR/LS WOVENS | 0991-70050 | BLACK | JACQUARD STRIPE | $35.00 | 59 | $2,065.00 |
| SPORTSWEAR/LS WOVENS | 0991-70050 | BLUE | JACQUARD STRIPE | $35.00 | 92 | $3,220.00 |
| SPORTSWEAR/LS WOVENS | 0991-70051 | NAVY | RADIANT STRIPE | $35.00 | 68 | $2,380.00 |
| SPORTSWEAR/LS WOVENS | 0991-70052 | INDIGO | LS WOVEN | $35.00 | 90 | $3,150.00 |
| SPORTSWEAR/LS WOVENS | 0991-70053 | BLACK | CHAIN STITCH STRIPE | $35.00 | 97 | $3,395.00 |
| SPORTSWEAR/LS WOVENS | 0991-70054 | BARK | TEXTURED STRIPE | $35.00 | 69 | $2,415.00 |
| SPORTSWEAR/LS WOVENS | 0991-70055 | BROWN | VARIEGATED STRIPE | $35.00 | 57 | $1,995.00 |
| SPORTSWEAR/LS WOVENS | 0991-70056 | SEABLUE | TWO TONE STRIPE | $35.00 | 45 | $1,575.00 |
| SPORTSWEAR/LS WOVENS | 0991-70057 | BRANDY | RAIN DROP DOBBY | $35.00 | 45 | $1,575.00 |
| SPORTSWEAR/LS WOVENS | 0991-70058 | BROWN | MULTI COLOR STRIPE | $12.00 | 16 | $192.00 |
| SPORTSWEAR/LS WOVENS | 0991-70059 | BLUE | DOT STRIPE | $12.00 | 26 | $312.00 |
| SPORTSWEAR/LS WOVENS | 0991-70060 | PINK | THICK & THIN STRIPE | $12.00 | 60 | $720.00 |
| SPORTSWEAR/LS WOVENS | 0991-70061 | BLACK | DOT WHITE STRIPE | $12.00 | 43 | $516.00 |
| SPORTSWEAR/LS WOVENS | 0991-70062 | BLACK | DOBBY DOT | $12.00 | 21 | $252.00 |
| SPORTSWEAR/LS WOVENS | 0991-70063 | TAN | TAN & BLUE STRIPE | $12.00 | 59 | $708.00 |
| SPORTSWEAR/LS WOVENS | 0991-70064 | CHOCOLA | THIN 2 STRIPE | $12.00 | 29 | $348.00 |
| SPORTSWEAR/LS WOVENS | 0991-70065 | BLUE | BN STRIPE | $12.00 | 16 | $192.00 |
| SPORTSWEAR/LS WOVENS | 0991-70066 | OCEAN | OGB STRIPE | $12.00 | 54 | $648.00 |
| SPORTSWEAR/LS WOVENS | 0991-70087 | NIGHT | THIN STRIPE | $12.00 | 20 | $240.00 |
| SPORTSWEAR/LS WOVENS | 0991-70068 | WHITE | MULTI STRIPE | $12.00 | 45 | $540.00 |
| SPORTSWEAR/LS WOVENS | 0991-70069 | BLACK | DOT STRIPE | $12.00 | 25 | $300.00 |
| SPORTSWEAR/LS WOVENS | 0991-70070 | BLACK | SOLID TEXTURED STRIPE | $12.00 | 49 | $588.00 |
| SPORTSWEAR/LS WOVENS | 0991-70070 | WHITE | SOLID TEXTURED STRIPE | $12.00 | 72 | $864.00 |
| SPORTSWEAR/LS WOVENS | 0991-70071 | BLACK | TEXTURED STRIPE | $12.00 | 50 | $600.00 |
| SPORTSWEAR/LS WOVENS | 0991-70072 | WHITE | WGB STRIPE | $12.00 | 43 | $516.00 |
| SPORTSWEAR/LS WOVENS | 0991-70073 | WHITE | WB STRIPE | $12.00 | 35 | $420.00 |
| SPORTSWEAR/LS WOVENS | 0991-70074 | NAVY | RADIANT STRIPE | $12.00 | 31 | $372.00 |
| SPORTSWEAR/LS WOVENS | 0991-70417 | TAN | CHECK W/ CHEST PRINT LS WOVEN | $12.50 | 51 | $637.50 |
| SPORTSWEAR/LS WOVENS | 0991-70418 | TAN | STRIPE W/ RIGHT PRINT LS WOVEN | $12.50 | 53 | $662.50 |
| SPORTSWEAR/LS WOVENS | 0991-70419 | BLACK | STR ALL EMROIDERY LS WOVEN | $12.50 | 54 | $675.00 |
| SPORTSWEAR/LS WOVENS | 0991-70423 | BLACK | TONAL SOLID PRINT LS WOVEN | $12.50 | 39 | $487.50 |
| SPORTSWEAR/LS WOVENS | 0991-70423 | WHITE | TONAL SOLID PRINT LS WOVEN | $12.50 | 35 | $437.50 |
| SPORTSWEAR/LS WOVENS | 0991-70424 | WHITE | CHECK MIRRORED PRINT LS WOVEN | $12.50 | 48 | $600.00 |
| SPORTSWEAR/LS WOVENS | 0991-70426 | SKY | RAIL STRIPE PRINT LS WOVEN | $12.50 | 41 | $512.50 |
| SPORTSWEAR/LS WOVENS | 0991-70428 | BLACK | TONAL WESTERN LS WOVEN | $12.50 | 0 | $0.00 |
| SPORTSWEAR/LS WOVENS | 0991-70428 | WHITE | TONAL WESTERN LS WOVEN | $12.50 | 0 | $0.00 |
| SPORTSWEAR/LS WOVENS | 0991-70429 | BROWN | STRIPE WESTERN LS WOVEN | $12.50 | 0 | $0.00 |

MICHAEL BRANDON (repeated each row)

| | | | | | | |
|---|---|---|---|---|---|---|
| SPORTSWEAR/LS WOVENS | 0991-70430 | BLACK | MINI STRIPE WESTERN | $12.50 | 0 | $0.00 |
| SPORTSWEAR/LS WOVENS | 0991-70432 | WHITE | TONAL LS WOVEN | $12.50 | 59 | $737.50 |
| SPORTSWEAR/LS WOVENS | 0991-70433 | NAVY | TWILL TEXTURED STRIPE LS WOVEN | $12.50 | 44 | $550.00 |
| SPORTSWEAR/LS WOVENS | 0991-70435 | NAVY | MIDNIGHT STRIPE LS WOVEN | $12.50 | 55 | $687.50 |
| SPORTSWEAR/LS WOVENS | 0991-70436 | OCEAN | METRA STRIPE LS WOVEN | $12.50 | 60 | $750.00 |
| SPORTSWEAR/LS WOVENS | 0991-70438 | BLACK | SOLID TWILL STRIPE LS WOVEN | $12.50 | 68 | $850.00 |
| SPORTSWEAR/LS WOVENS | 0991-70439 | NAVY | MARKET TONAL STRIPE | $12.50 | 53 | $662.50 |
| SPORTSWEAR/LS WOVENS | 0991-70443 | BLACK | DOUBLE STRIPE LS WOVEN | $12.50 | 63 | $787.50 |
| SPORTSWEAR/LS WOVENS | 0991-70444 | PURPLE | MULI COLOR STRIPE LS WOVEN | $12.50 | 54 | $675.00 |
| SPORTSWEAR/LS WOVENS | 0991-70490 | CHOCOAL | FASHION LS WOVEN | $16.00 | 50 | $800.00 |
| SPORTSWEAR/LS WOVENS | 0991-70490 | MIDNIGHT | FASHION LS WOVEN | $16.00 | 50 | $800.00 |
| SPORTSWEAR/LS WOVENS | 0991-70491 | WINE | FASHION LS WOVEN | $16.00 | 43 | $688.00 |
| SPORTSWEAR/LS WOVENS | 0991-70492 | BROWN | FASHION LS WOVEN | $16.00 | 82 | $1,312.00 |
| SPORTSWEAR/LS WOVENS | 0991-70492 | WHITE | FASHION LS WOVEN | $16.00 | 82 | $1,312.00 |
| SPORTSWEAR/LS WOVENS | 0991-70493 | BARK | FASHION LS WOVEN | $16.00 | 39 | $624.00 |
| SPORTSWEAR/LS WOVENS | 0991-70493 | NAVY | FASHION LS WOVEN | $16.00 | 21 | $336.00 |
| SPORTSWEAR/LS WOVENS | 0991-70493 | STEEL | FASHION LS WOVEN | $16.00 | 48 | $768.00 |
| SPORTSWEAR/LS WOVENS | 0991-70494 | BLACK | EURO LS WOVEN | $30.00 | 55 | $1,650.00 |
| SPORTSWEAR/LS WOVENS | 0991-70495 | DECOB | EURO LS WOVEN | $30.00 | 57 | $1,710.00 |
| SPORTSWEAR/LS WOVENS | 0991-70496 | SKY | EURO LS WOVEN | $30.00 | 74 | $2,220.00 |
| SPORTSWEAR/LS WOVENS | 0991-70497 | CHARCOA | EURO LS WOVEN | $30.00 | 63 | $1,890.00 |
| SPORTSWEAR/LS WOVENS | 0991-70500 | BLACK | SOLID TEXTURED 1/4 ZIP SWEATER | $7.50 | 57 | $427.50 |
| SPORTSWEAR/LS WOVENS | 0991-70500 | CHARCOA | SOLID TEXTURED 1/4 ZIP SWEATER | $7.50 | 78 | $585.00 |
| SPORTSWEAR/LS WOVENS | 0991-70500 | DK CHOC( | SOLID TEXTURED 1/4 ZIP SWEATER | $7.50 | 69 | $517.50 |
| SPORTSWEAR/LS WOVENS | 0991-70501 | DENIM | SOLID CREW LS KNIT | $7.50 | 46 | $345.00 |
| SPORTSWEAR/LS WOVENS | 0991-70501 | OLIVE | SOLID CREW LS KNIT | $7.50 | 54 | $405.00 |
| SPORTSWEAR/LS WOVENS | 0991-70502 | WHITE | SOLID RIB V-NECK LS KNIT | $7.50 | 48 | $360.00 |
| SPORTSWEAR/LS WOVENS | 0991-70503 | BLACK | SOLID RIB CREW LS KNIT | $7.50 | 34 | $255.00 |
| SPORTSWEAR/LS WOVENS | 0991-70503 | NAVY | SOLID RIB CREW LS KNIT | $7.50 | 46 | $345.00 |
| SPORTSWEAR/LS WOVENS | 0991-70503 | TAN | SOLID RIB CREW LS KNIT | $7.50 | 19 | $142.50 |
| SPORTSWEAR/LS WOVENS | 0991-70504 | BLACK | QUARTER RIB CREW LS KNIT | $7.50 | 26 | $195.00 |
| SPORTSWEAR/LS WOVENS | 0991-70504 | WHITE | QUARTER RIB CREW LS KNIT | $7.50 | 50 | $375.00 |

$493,888.50

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 1.1b – Excluded Contracts**</u>

All contracts that are not purchased contracts

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 1.1c – Excluded Lease**</u>

1. All pre-petition leases that are not Purchased Leases

2. Post petition month to month lease with GLS Associates, LLC for 1430 Broadway, Suite 306, New York, New York

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

**Schedule 1.1d - Knowledge of the Seller**

| EMPLOYEE | TITLE |
|---|---|
| Dean Asher | Planning Allocation IT |
| Joe Bivona | operations LP IT |
| Dave hershy | Store Ops |
| Tony Bruce | Controller |
| John Serrano | Internet |
| Liz Michel | Merchandise Buyer |
| Brian Lipman | CEO |

Bachrach Acquisition, LLC – Case No: 09-12918-SMB
Schedule 1.1(b) : Purchased Contracts

| Name | Address | Phone | Description | Term Start | Term End |
|------|---------|-------|-------------|------------|----------|
| Checkpoint Security Systems Group, Inc. | 8180 Upland Circle Chanhassen, MN 55317 | 952-227-5388 | Master Monitoring Agreement | 02/27/07 | 02/27/10 |
| CPE HR, Inc. d/b/a CPE HR | 9200 W. Sunset Blvd Suite 1100 West Hollywood, CA 90069 | 800-850-7133 | Client Services Agreement | 02/01/07 | Not Specified |
| IBM Global Credit Operations Attn: Andrew Gravina | 4111 Northside Parkway, NW Atlanta, GA 30327 | 302-571-6600 | Schedule for ServiceElite for: Ultriam Tape Driver, Lexmark Laser Printers (3), PwrStation 570, AS/400E Server, Line Matrix Printer | 07/01/07 | 06/30/12 |
| Nestech Attn: Cetin Guzel | 110 Wall Street, Suite 1100 New York, NY 10005 | 212-232-0087 | Computer Hosting and Network support | 9/14/09 | 9/14/12 |
| One Step Retail Attn: Kevin McAdam | 350 West Arden Ave., Suite 104 Glendale, CA 91203 | 800-266-1328 ext. 4131 | POS Software Vendor, Installation and Support Service | 7/28/09 | Not Specified |
| PNC Merchant Services | Two PNC Plaza 620 Liberty Avenue Pittsburgh, PA 15222 | 717-597-4786 | Credit Card Processor | 09/05/06 | Not Specified |
| RAI Credit, LLC Accucredit Associates LLC | 21 Main Street, Suite 352 Hackensack, NJ 07601 | 201-518-1126 | Bachrach House Card Processor (Auto Renewal 2 Year) | 06/18/08 | 06/18/11 |
| Telecheck/ First Data USA | P.O. Box 4514 Houston, TX 77210 | 847-844-0368 | POS Payment Processor – Check Authorization | 04/03/07 | Not Specified |
| Telekenex | 3221 20th St. San Francisco, CA 94110 | 206-607-1059 | VPN / WAN private secure connection to Office and retail locations | 11/20/08 | 11/20/10 |
| Vector Security, Inc. National Accounts Division | 10642 Wakeman Court Manassas, VA 20110 | 888-883-2867 | Master Service Agreement – Installation and Service | 03/31/08 | 03/31/13 |

# BACHRACH ACQUISITION, LLC
## Asset Purchase Agreement

### Schedule 1.1e Purchased Leases

| STORE # | | LOCATION | ADDRESS | CITY | ST | ZIP | VENDOR # | LLD NAME | LEASE TERM |
|---|---|---|---|---|---|---|---|---|---|
| EVN | 5 | Evansville | 800 N Green River Road | Evansville | IN | 47715 | 4773SO1 | Simon | 4/8/08-4/8/18 |
| TWV | 8 | Twelve Oaks | 27228 Novi Road | Novi | MI | 48377 | TWELV01 | Taubman | 08/01/01-01/31/11 |
| KEY | 16 | Fashion Mall-Keystone | Keystone at the Crossing, Space #104 | Indianapolis | IN | 46240 | 2110K01 | Simon | 11/28/07-11/28/17 |
| HUG | 18 | Houston Galleria | 5135 W Alabama, Suite #5400 | Houston | TX | 77056 | SAGAL01 | Simon | 2/1/07-1/31/17 |
| NSH | 19 | Mall at Green Hills | 2126 Abbott Martin Road, Space 132 | Nashville | TN | 37215 | THEMA02 | Davis Street Land | 3/30/09-3/30/19 |
| MFR | 25 | Mayfair Mall | 2500 N Mayfair Road | Wauwatosa | WI | 53226 | MAYFA01 | General Growth | 02/01/05-01/31/15 |
| ORL | 27 | Orland Square | 644 Orland Square, F-11 | Orland Park | IL | 60462 | 4670O01 | Simon | 2/10/08-1/31/10 |
| STB | 31 | Stonebriar | 2601 Preston Road, Space 2148 | Frisco | TX | 75034 | STONE01 | General Growth | 08/04/00-01/31/11 |
| SLK | 37 | Southlake | 2046 Westfield Shoppingtown Southlake | Merrillville | IN | 46410 | SOUTH01 | Westfield Corporation | 2/1/10-1/31/10 |
| PSQ | 47 | Penn Square | 1901 NW Expressway #1037 | Oklahoma City | OK | 73118 | 7603P01 | Simon | 06/01/98-01/31/09 |
| SOM | 64 | Somerset | 2800 W Big Beaver Road, Space #S-204 | Troy | MI | 48084 | SOMER01 | Forbes Cohen Properties | 08/1/07-09/31/17 |
| NPK | 76 | Northpark Center | 924 Northpark Center | Dallas | TX | 75225 | NORTH05 | Northpark Management Co. | 5/4/06-1/31/17 |
| WFL | 79 | Woodfield Mall | J-106 Woodfield Mall | Schaumburg | IL | 60173 | WOODF01 | Taubman | 9/1/05-1/31/15 |
| RSF | 83 | Roosevelt Field | 630 Old Country Road, Space 1108B | Garden City | NY | 11530 | THERE01 | Simon | 10/23/07-09/30/17 |
| PGN | 89 | Fashion Ctr at Pentagon City | 1100 S Hayes Street, Space Y02 | Arlington | VA | 22202 | FASHI01 | Simon | 11/7/07-10/31/17 |
| HML | 90 | Hamilton Place | 13170 Harrell Parkway, Space A15 | Noblesville | IN | 46060 | HAMIL01 | Simon | 11/28/07-11/28/17 |
| MFD | 95 | The Meadows at Lake St. Louis | 10 Meadows Circle Drive, Suite 104 | Lake St. Louis | MO | 63367 | THEME01 | Davis Street Land | 5/15/08-5/15/18 |

## Schedule 2.1(b)(xi) – Seller Employee Benefits

| BENEFIT TYPE | DESCRIPTION | CARRIER |
|---|---|---|
| Health Insurance | Voluntary HDHP PPO Low | AETNA thru CPEhr |
| Health Insurance | Voluntary HDHP PPO High | AETNA thru CPEhr |
| Dental Insurance | Voluntary Dental PPO | AETNA thru CPEhr |
| Vision Insurance | Voluntary VSP Vision | VSP thru CPEhr |
| Other Insurance | Voluntary Term Life & ADD | Reliance Standard thru CPEhr |
| Other Insurance | Voluntary Universal of Term Life | TransAmerica thru CPEhr |
| Other Insurance | Voluntary Accident, Cancer, Short Term Disability | Humana thru CPEhr |
| Legal Services | Voluntary Legal Services | Legal Access Plans thru CPEhr |
| Holiday Pay | 6 paid holidays (designated) for eligible employees | |
| Vacation Pay | Vacation allowance determined by Tier 1, 2 & 3 eligibility requirements | |
| Bereavement Leave | up to 2 or 3 days depending on length of service | |
| Maternity Leave | up to 6-10 weeks coordinated with Short Term Disability | |
| Bonus Program | Store Management - Store Managers and Senior Assistant Store Managers who meet the biweekly sales requirement of $4,800.00 will receive 3% commission for all personal sales. | |
| Bonus Program | Store Manager - Store Managers, excluding Senior Assistant and Assistant Store Managers, who qualify, have an opportunity to earn a Monthly Bonus when they meet or exceed the standards for qualification and an Annual Bonus will be paid to each Store Manager who qualifies. | |
| Bonus Program | Sales Associate - Sales Associates can earn Incentive pay if store sales exceed his/her Productivity Criteria in a bi-weekly, he/she will be paid 8% on all sales over the Productivity Criteria. | |
| Bonus Program | Founders Club – Bachrach Representatives who qualify, have an opportunity to become a Founder and receive Founder benefits (clothing allowance and percentage sales bonus of personal sales). | |
| Bonus Program | President's Circle – Bachrach Representatives who qualify, have an opportunity to become a President's Circle Member and receive President's Circle benefits (1% sales bonus of personal sales). | |

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

**Schedule 2.2b – Excluded Asset**

NONE

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

**Schedule 2.2c – Excluded Leases & Contracts**

See Schedules 1.1(b) (Excluded Contracts) and Schedule 1.1(c)

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

**Schedule 2.2(m) – Additional Excluded Leases**

None

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 5.3a – Conflicts**</u>

None

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 5.3b – Consents Seller**</u>

None

**Schedule 5.4 – Approvals Seller**

NONE

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 5.5 – Title**</u>

None

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

## Schedule 5.7 - Intellectual Property

| IP TYPE | DESCRIPTION | CLASS<br>GOODS & SERVICES |
|---|---|---|
| TRADEMARK | BACHRACH<br>(1) TYPED DRAWING<br>Registration #1504913<br>Registration Date 9/20/88<br>Renew Date 4/30/09 | IC 025. US 039. G & S: WEARING APPAREL,<br>NAMELY SUITS, TIES, SHIRTS, T-SHIRTS,<br>SWEATSHIRTS AND SOCKS. FIRST USE: 19200000.<br>FIRST USE IN COMMERCE: 19200000<br>IC 042. US 101. G & S: RETAIL CLOTHING STORE<br>SERVICES. FIRST USE: 19200000. FIRST USE IN<br>COMMERCE: 19200000 |

| IP TYPE | DESCRIPTION | EXPIRATION |
|---|---|---|
| DOMAIN NAME | BACHRACH.com | 04/03/10 |
| DOMAIN NAME | BACHRACH-OUTLET.com | 12/04/09 |
| DOMAIN NAME | BACHRACHACQUISITION.com | 04/16/10 |
| DOMAIN NAME | BACHRACHPREFERRED.com | 04/17/10 |
| DOMAIN NAME | BACHRACHPREFERREDCARD.com | 04/16/10 |
| DOMAIN NAME | MYSPORTCOAT.com | 09/18/09 |
| DOMAIN NAME | MYSPORTJACKET.com | 09/18/09 |
| DOMAIN NAME | MYSPORTSCOAT.com | 09/18/09 |
| DOMAIN NAME | STUDIO308.net | 12/29/09 |

| IP TYPE | DESCRIPTION | AGREEMENT NO / LICENSE NO | # OF USERS |
|---|---|---|---|
| LICENSE | Windows Server 2008 | RTD3D-P2QW7-CJKRB-BX9XXXX | 1 |
| LICENSE | Windows Server 2008 | GC667-YB8Q3-RCVK3-JDH2K-XXXXX | 1 |
| LICENSE | Microsoft Exchange Server 2007 | W3MX6-2WXMD-QB887-4WGPK-VXXXX | 1 |
| LICENSE | Exchange server 2007 Standard CAL | see exchange server 2007 | 45 |
| LICENSE | Microsoft Terminal Service Licenses | see exchange server 2007 | 5 |
| LICENSE | GFI Mail Security | USINV0057872 | 15 |
| LICENSE | GFI Mail Essentials | USINV0061626 | 10 |
| LICENSE | RADmin | RADPR-225742-95E086ED-7E7AXXXX | 50 |
| LICENSE | Additional users BRL Advanced Management Users | Acct # 5374831 with RMS McGladrey | 5 |
| LICENSE | BRL Advanced Management Users | Acct # 5374831 with RMS McGladrey | 1 |
| LICENSE | FXr Report server | Acct # 5374831 with RMS McGladrey | 1 |
| LICENSE | Integration Manager Financials | Acct # 5374831 with RMS McGladrey | 0 |
| LICENSE | MS SQL English Standard Runtime | Acct # 5374831 with RMS McGladrey | 3 |
| LICENSE | NET Developer Toolkit | Acct # 5374831 with RMS McGladrey | 0 |
| LICENSE | Smartlist Builder | Acct # 5374831 with RMS McGladrey | 0 |
| LICENSE | SQL Server Workgroup Edition 2008 | 46070680 | 26 |
| LICENSE | Kaspersky BusinessSpace Security | KL4853AAQFR | 75 |
| LICENSE | Mekorma MICR Payables | 1015224643809 | Unlimited |
| LICENSE | CP SQL Back Office | Supplied upon request | 5 |
| LICENSE | CP SQL Remote Location | Supplied upon request | 32 |
| LICENSE | BlackBerry Client | Supplied upon request | 5 |
| LICENSE | BlackBerry Enterprise Server | Supplied upon request | 1 |
| LICENSE | Windows Access Server | Supplied upon request | 15 |

NOTES: Agreement /License numbers with XXXX at the end of the cell have been truncated

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 5.8(a) Employee Benefit Plans**</u>

See Schedule 2.1(b)(xi)

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>Schedule 5.8(b) Multiemployer Pension Plan</u>

NONE

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

**Schedule 5.9 – Litigation**

None

BACHRACH ACQUISITION, LLC
Asset Purchase Agreement

Schedule 5.16a - Operating Permits

| STORE # | | LOCATION | ADDRESS | CITY | ST | ZIP | LICENSE # | EXPIRATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| EVN | 5 | Evansville | 800 N Green River Road | Evansville | IN | 47715 | 08-01025E | NOT SPECIFIED | Evansville/Vanderburgh County Building Commission - Certificate of Occupancy |
| TWV | 8 | Twelve Oaks | 27228 Novi Road | Novi | MI | 48377 | BR-09-00092 | 12/31/2009 | City of Novi - Business Registration |
| KEY | 16 | Fashion Mall-Keystone | Keystone at the Crossing, Space #104 | Indianapolis | IN | 46240 | | | |
| HUG | 18 | Houston Galleria | 5135 W Alabama, Suite #5400 | Houston | TX | 77056 | | | |
| NSH | 19 | Mall at Green Hills | 2126 Abbott Martin Road, Space 132 | Nashville | TN | 37215 | UNKNOWN | NOT SPECIFIED | Metropolitan Government of Nashville & Davidson County - Final Use & Occupancy |
| MFR | 25 | Mayfair Mall | 2500 N Mayfair Road | Wauwatosa | WI | 53226 | 004-0003122999-01 | NOT SPECIFIED | WI Dept of Revenue Sellers Permit |
| ORL | 27 | Orland Square | 644 Orland Square, #11 | Orland Park | IL | 60467 | | | |
| STB | 31 | Stonebriar | 2601 Preston Road, Space 2148 | Frisco | TX | 75034 | 1-37-0619605-5 | NOT SPECIFIED | TX Sales & Use Tax |
| SLK | 37 | Southlake | 2046 Westfield Shoppingtown Southlake | Merrillville | IN | 46410 | | | |
| PSQ | 47 | Penn Square | 1901 NW Expressway #1037 | Oklahoma City | OK | 73118 | 68997827 | NOT SPECIFIED | OK Secretary of State - Certificate of Registration |
| SOM | 64 | Somerset | 2800 W Big Beaver Road, Space #S-204 | Troy | MI | 48084 | 57-1238572 | 9/30/2010 | State of MI Sales Tax License |
| NEK | 76 | Northpark Center | 924 Northpark Center | Dallas | TX | 75225 | | | |
| WFL | 79 | Woodfield Mall | J-106 Woodfield Mall | Schaumburg | IL | 60173 | 10038 | 12/31/2009 | Village of Schaumburg, Business License |
| RSF | 83 | Roosevelt Field | 630 Old Country Road, Space 1108B | Garden City | NY | 11530 | 57-1238572 | NOT SPECIFIED | NYS Sales & Use Tax |
| PGN | 89 | Fashion Ctr at Pentagon City | 1100 S Hayes Street, Space Y02 | Arlington | VA | 22202 | | | |
| HML | 90 | Hamilton Place | 13170 Harrell Parkway, Space A15 | Noblesville | IN | 46060 | 0800052748684 | 7/31/2008 | IN Dept of Revenue - Registered Retail Merchant Certificate |
| MED | 95 | The Meadows at Lake St. Louis | 10 Meadows Circle Drive, Suite 104 | Lake St. Louis | MO | 63367 | 09/10-308 | 6/30/2010 | Business Merchants License |
| NY | 991 | New York Office | 1430 Broadway, Suite 306 | New York | NY | 10018 | | | |

# STORE PHONE # FAX # STREET ADDRESS CITY STATE Zip: Licenc;~ Numbe~

005 EVN 812.473.0333 812.477.1637 800 N. Green River Road Evansville IN 47715
08-01025E

008 TWV 248.344.1744 248.347.5814 27228 Novi Road Novi MI 48377
57-1238572

016 KEY 317.582.1787 317.582.1789
The Fashion Mall- Space #104
Indianapolis IN 46240
Keystone at the Crossing 8702 missing

018 HUG 713.626.4083 713.960.6057
Houston Galleria IV - Suite #5400
Houston TX 77056
5135 W. Alabama missing

019 NSH 615.292.4916 615.292.7117
The Mall at Green Hills
Nashville TN 37215
126 Abbott Martin Road - Space 132 missinQ

025 MFR 414.257.4055 414.257.4163
Maylair Mall
Wauwatosa WI 53226
2500 N. Mayfair Road 0040003122999-01

027 ORL 708.460.5656 708.460.6442
Orland Square Shopping Center
Orland Park IL 60462
644 Orland Square. F-11 missing

031 STB 469.633.0500 214.387.9167
Stonebriar Center - Space 2148
Frisco TX 75034
2601 Preston Road 1-37-0619605-5

037 SLK 219.769.4927 219.769.4930 2046 Westfield Shoppingtown Southlake Merrillville IN 46410
missing

047 PSQ 405.843.3613 405.843.3614 1901 N.W. Expressway #1037 Oklahoma City OK 73118
   68997827
The Somerset Collection North
064 SOM 248.649.3399 248.649.5984 Space #5-204 Troy MI 48084
2800 W. Big Beaver Road missing
076 NPK 214.265.1477 469.341.9135 924 N orthpark Center Dallas TX 75225
missinQ
079 WFL 847.413.8514 847.413.4109 J-106 Woodfield Mall Schaumburg IL 60173
   10038
083 RSF 516.747.1435 516.747.0124
Roosevelt Field - Space 1108B
Garden City NY 11530
   630 Old Country Road 571238572
089 PGN 703.413.5068 703.413.2034
Fashion Center at Pentagon - Space Y02
Arlington VA 22202
1100 S. Hayes Street missinQ
090 HML 317.674.0140 317.674.0143
Hamilton Town Center
Noblesville IN 46060
13170 Harrell Parkway. Space A15 125977808
095 MED 636.625.1722 636.625.1726
The Meadows at Lake St. Louis
10 Meadows Circle Drive. Suite 104 Lake St. Louis MO 63367 09/10-308
NY
NY 212.354.4927
212.354.4942 1430 Broadway Suite 306 New York NY 10018
OFFICE x104 missing

**Schedule 5.17 Affiliate Transactions**

NONE

**Schedule 6.3(a) Conflicts Purchase**

NONE

**BACHRACH ACQUISITION, LLC**
Asset Purchase Agreement

<u>**Schedule 6.3(b) Approvals Purchase**</u>

NONE