**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (EW-4320)
Robert L. LeHane (RL-9422)
Jason R. Adams (JA-2952)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Counsel for the Official Committee of Unsecured
Creditors of Bachrach Acquisition, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BACHRACH ACQUISITION, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 09-12918 (SMB)<br><br>Re: Docket No. 391 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S APPLICATION PURSUANT TO SECTIONS 105(A), 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004, AND 6006 FOR (I) ENTRY OF AN ORDER (A) ESTABLISHING BIDDING PROCEDURES FOR THE SALE OF ASSETS, (B) APPROVING CERTAIN BID PROTECTIONS, (C) SCHEDULING AN AUCTION AND SALE HEARING, AND (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER AUTHORIZING AND APPROVING (A) THE DEBTOR'S ENTRY INTO A CERTAIN ASSET PURCHASE AGREEMENT, (B) THE SALE OF ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS, AND (C) ASSUMPTION AND <u>ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES</u>**

The Official Committee of Unsecured Creditors of Bachrach Acquisition, LLC (the "<u>Committee</u>"), by and through its undersigned attorneys, Kelley Drye & Warren LLP, hereby withdraws the Objection of the Official Committee of Unsecured Creditors to Debtor's Application Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding Procedures for

the Sale of Assets, (B) Approving Certain Bidding Protections, (C) Scheduling an Auction and Sale Hearing, and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order Authorizing and Approving (A) the Debtor's Entry Into a Certain Asset Purchase Agreement, (B) the Sale of Assets Free and Clear of Liens and Other Interests, and (C) Assumption and Assignment of Certain Executory Contracts and Leases (the "Objection"), filed in the above-captioned case on January 27, 2010 [Docket No. 391]. The Objection is withdrawn without prejudice to the Committee's right to file an objection to the proposed sale or otherwise.

Dated: New York, New York
January 28, 2010

**KELLEY DRYE & WARREN LLP**

By: _/s/ Eric R. Wilson_
Eric R. Wilson (EW-4320)
Robert L. LeHane (RL-9422)
Jason R. Adams (JA-2952)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Counsel for the Official Committee of
Unsecured Creditors of Bachrach Acquisition, LLC

# CERTIFICATE OF SERVICE

I, Jennifer D. Raviele, hereby certify that I am not less than 18 years of age, and that service of the foregoing **NOTICE OF WITHDRAWAL OF OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S APPLICATION PURSUANT TO SECTIONS 105(A), 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004, AND 6006 FOR (I) ENTRY OF AN ORDER (A) ESTABLISHING BIDDING PROCEDURES FOR THE SALE OF ASSETS, (B) APPROVING CERTAIN BID PROTECTIONS, (C) SCHEDULING AN AUCTION AND SALE HEARING, AND (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER AUTHORIZING AND APPROVING (A) THE DEBTOR'S ENTRY INTO A CERTAIN ASSET PURCHASE AGREEMENT, (B) THE SALE OF ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS, AND (C) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES** was caused to be made on January 28, 2010 as detailed below:

                                      */s/ Jennifer D. Raviele*
                                      Jennifer D. Raviele

**Via First-Class Mail**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green, Courtroom 723
New York, NY 10004

**Via Electronic Mail**

*Counsel to the Debtor*
Attn: Henry G. Swergold, Esq. and Cliff Katz, Esq.
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
e-mail: hswergold@platzerlaw.com
e-mail: ckatz@platzerlaw.com

*Counsel to Wells Fargo Business Credit*
Attn: Jeff Wurst, Esq.
Ruskin Moscou Faltischek P.C.
East Tower, 15th Floor
1424 RXR Plaza
Uniondale, NY 11556-1425
e-mail: jwurst@rmfpc.com