PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
Attorneys for the Debtor
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Telephone: (212) 593-3000
Facsimile: (212) 593-0353
Henry G. Swergold, Esq.
Clifford A. Katz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| BACHRACH ACQUISITION, LLC | Case No.: 09-12918 (SMB) |
| Debtor. | |

### DEBTOR'S STATEMENT WITH RESPECT TO CORPORATE AUTHORITY TO CONDUCT SALE

Bachrach Acquisition, LLC hereby submits the attached exhibit "A" reflecting one hundred percent of its member consent and authority for Bachrach Acquisition LLC to sell substantially all of its assets.

Dated: New York, New York
February 22, 2010

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
Attorneys for the Debtor

By: /s/ Clifford A. Katz
     Clifford A. Katz

EXHIBIT A

February 2, 2010

Bachrach Acquisition, LLC
1430 Broadway, 3rd Floor
New York, New York
Attn: Brian Lipman, President

Re: Bachrach Acquision, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that Three Hands Holdings, LLC, holder of 50 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized on behalf of Three Hands Holdings, LLC to issue this consent.

Three Hands Holdings, LLC
By: _____
Name: Hyung Kim
Title: Manager and President

February 2, 2010

Bachrach Acquisition, LLC
1430 Broadway, 3rd Floor
New York, New York
Attn: Brian Lipman, President

Re: Bachrach Acquisition, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that  Brian Lipman , holder of 13.5 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized to issue this consent.

By: _____
Name: B. Lipman
Title: _____

February 2, 2010

Bachrach Acquisition, LLC

1430 Broadway, 3rd Floor

New York, New York

Attn: Brian Lipman, President

Re: Bachrach Acquisition, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that _Ricardo Goldschmidt_, holder of 3.5 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized to issue this consent.

By: _____

Name:

Title:

February 2, 2010

Bachrach Acquisition, LLC
1430 Broadway, 3rd Floor
New York, New York
Attn: Brian Lipman, President

Re: Bachrach Acquisition, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that _Alan Peyser_, holder of 9 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized to issue this consent.

By: /s/ Alan Peyser
Name: ALAN PEYSER
Title:

February 2, 2010

Bachrach Acquisition, LLC

1430 Broadway, 3rd Floor

New York, New York

Attn: Brian Lipman, President

Re: Bachrach Acquisition, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that David Seltzer, holder of 2.5 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized to issue this consent.

By: _____

Name: David Selther

Title: holder

February 2, 2010

Bachrach Acquisition, LLC

1430 Broadway, 3rd Floor

New York, New York

Attn: Brian Lipman, President

Re: Bachrach Acquisition, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that _Manuel Goldschmidt_, holder of 3.5 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized to issue this consent.

By: _____
Name:
Title:

February 2, 2010

Bachrach Acquisition, LLC

1430 Broadway, 3rd Floor

New York, New York

Attn: Brian Lipman, President

<u>Re: Bachrach Acquisition, LLC (the "Debtor")</u>

Dear Mr. Lipman;

    This shall serve to confirm that <u>Bachrach Investors, LLC</u>, holder of 11 member units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

    I am authorized to issue this consent.

By: _____

Name:

Title:

February 2, 2010

Bachrach Acquisition, LLC

1430 Broadway, 3rd Floor

New York, New York

Attn: Brian Lipman, President

Re: Bachrach Acquision, LLC (the "Debtor")

Dear Mr. Lipman;

This shall serve to confirm that Bachrach Capital, LLC, holder of member 7 units of the Debtor consents and authorizes the Debtor to sell all of its assets in its bankruptcy proceeding currently pending in the Southern District of New York.

I am authorized to issue this consent.

By: _____
Name: DAVID H. LASKY
Title: MANAGING MEMBER,
       BACHRACH CAPITAL LLC