## Neema Clothing, Ltd.
## 74-76 Gould Street

### Bayonne, NJ  07002

Phone: 201 858-2884          Fax:  201 858-0028

| INVOICE | 1530742 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530742 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

**Bill To:** Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship To:** Bachrach #089          PGN
Fashion Center @ Pentagon
1100 S. Hayes St.  # Y02
Arlington          VA 22202

Div:  1 Neema
DUNS Number   005986799          071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | Total Units | 0 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone:  703-413-5068          Customer Fax:  703-413-2034

Pick Ticket No's:

Special Instructions:    Freight For 7-17-2009 Shipment

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,402.28 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **1,402.28** |

PDF created with pdfFactory trial version www.pdffactory.com

## Neema Clothing, Ltd.
## 74-76 Gould Street

## Bayonne, NJ   07002

Phone: 201 858-2884        Fax:  201 858-0028

| Invoice | 1530743 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530743 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

**Bill To:**  Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship To:**  Bachrach #064        SOM
Sommerset Collection N. #S-204
2800 W. Big Beaver Rd
Troy            MI   48084

Div:  1 Neema
DUNS Number   005986799                    071709

| Customer PO Number | Dept. | Terms | Sls Reps | Lot Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | | | | Total Units | 0 |

Thank you for your order.

Customer Phone: 248-649-3399          Customer Fax:  248-649-5984

Pick Ticket No's:

Special Instructions:    Freight For 7-17-2009 Shipment

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,289.60 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 1,289.60 |

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| Invoice | 1530744 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530744 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

Ship-To:  Bachrach #025      MFR
Mayfair Mall
2500 N. Mayfair Road
Wauwatosa          WI  53226

Div: 1 Neema
DUNS Number   005986799          071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | Total Units | 0 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 414-257-4055          Customer Fax:  414-257-4163

Pick Ticket No's:

Special Instructions:

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,035.50 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 1,035.50 |

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| Invoice | 1530745 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530745 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York                NY  10018

Ship-To:  Bachrach #008        TWV
27228 Novi Road

Novi                    MI  48377

Div:  1 Neema
DUNS Number  005986799                071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | Total Units | 0 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 248-344-1744          Customer Fax:  248-347-5814

Pick Ticket No's:

Special Instructions:    Freight For 7-17-2009 Shipment

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4[A] of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,011.98 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 1,011.98 |

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax: 201 858-0028

| Invoice | 1530746 |
|---|---|

Page: 1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530746 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

**Bill To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

**Ship To:**  Bachrach #016          KEY
The Fashion Mall   Space 104
8702 Keystone Crossing
Indianapolis          IN   46240

Div: 1 Neema
DUNS Number   005986799

071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | Total Units: | 0 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 317-582-1787          Customer Fax: 317-582-1789

Pick Ticket No's:

Special Instructions:     Freight For 7-17-2009 Shipment

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment. All Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 660.46 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **660.46** |

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| Invoice | 1530747 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530747 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

**Bill To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY  10018

**Ship To:**  Bachrach #019        NSH
The Mall @ Green Hills
126 Abbott Martin Rd  #157
Nashville              TN 37215

Div:  1 Neema
DUNS Number  005986799                     071709

| Customer P.O. Number | Dept. | Terms | Sls Reps. | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | Total Units | 0 | Merch | .00 |
|---|---|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 615-292-4916          Customer Fax:  615-292-4917

Pick Ticket No's:

Special Instructions:   Freight For 7-17-2009 Shipment

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 804.82 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 804.82 |

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| | |
|---|---|
| **Invoice** | **1530748** |
| | Page:  1 |

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill To:  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY  10018

| Invoice No. | Invoice Date |
|---|---|
| 1530748 | 7/17/09 |
| Customer Account No. | Approval No. |
| BACH18 | |
| Customer DUNS No. | Due Date |
| | 7/22/09 |

Ship To:  Bachrach #027        ORL
Orland Square Shopping Center
644 Orland Square, F-11
Orland Park          IL   60462

Div:  1 Neema
DUNS Number  005986799                    071709

| Customer PO Number | Dept | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | Total Units | 0 | |
|---|---|---|---|---|---|---|
| Thank you for your order. | | | | Merch | | .00 |
| Customer Phone: 708-460-5656 | | Customer Fax:  708-460-6442 | | Discount | | .00 |
| Pick Ticket No's: | | | | Freight | | 732.13 |
| Special Instructions:    Freight For 7-17-2009 Shipment | | | Other Chgs | | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed the Consumer Product Safety Commission. | | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | Sales Tax | | .00 |
| | | | Returns | | .00 |
| | | | Deposit | | .00 |
| | | | **Total** | | **732.13** |

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| Invoice | 1530749 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530749 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/22/09 |

Bill To:
Bachrach Aquisition, LLC
1430 Broadway

New York            NY  10018

Ship To:
Bachrach #083        RSF
Roosevelt Field - Space 1108B
630 Old Country Road
Garden City          NY 11530

Div:  1 Neema
DUNS Number  005986799                    071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | See Routing Guide | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | Total Units | 0 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 516-747-1435          Customer Fax:  516-747-0124

Pick Ticket No's:

Special Instructions:     Freight For 7-17-2009 Shipment

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 573.99 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 573.99 |

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed ... the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

PDF created with pdfFactory trial version www.pdffactory.com

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| **Invoice** | **1530775** |
|---|---|
| | Page:  1 |

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530775 | 7/20/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/25/09 |

**Bill To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                NY   10018

**Ship To:**  Bachrach #079          WFL
J-106 Woodfield Mall

Schaumburg          IL   60173

Div: 1 Neema
DUNS Number   005986799

072009

| Customer PO Number | Dept. | Terms | Sls Rep. | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons: | Weight: | Bill of Lading: | | Total Units | 0 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 847-413-8514          Customer Fax: 847-413-4109

Pick Ticket No's:

Special Instructions:   Freight 7-20-2009 Shipment

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of § 4(A) of the Flammable Fabrics Act. Continuing guar... under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,190.97 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **1,190.97** |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone:  201 858-2884         Fax:  201 858-0028

| Invoice | 1530777 |
|---|---|
| | Page:  1 |

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill To:  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY  10018

Ship To:  Bachrach #031        STB
Stonbriar Center - Space 2148
2601 Preston Road
Frisco                      TX 75034

| Invoice No. | Invoice Date |
|---|---|
| 1530777 | 7/20/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071609 |
| Customer DUNS No. | Due Date |
| | 7/21/09 |

Div: 1 Neema                                          U
DUNS Number  005986799                   072009

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187941 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACWOBK | A11 | Assorted S | | Assorted Suit | 47 | | .00 |
| | BACWOBN | A11 | Assorted S | | Assorted Suit | 17 | | .00 |
| | BACWOGY | A11 | Assorted S | | Assorted Suit | 29 | | .00 |
| | BACWONV | A11 | Assorted S | | Assorted Suit | 26 | | .00 |

| Cartons:  12    Weight:  102    Bill of Lading:  ZE4F3790369735920 | Total Units | 119 |
|---|---|---|

Thank you for your order.

Customer Phone: 469-633-0500          Customer Fax: 214-387-9167

Pick Ticket No's:    1

Special Instructions:

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Sec.     4(A) of the Flammable Fabrics Act. Continuing gua          under the Textile Fiber Identification Act filed with          onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 501.60 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **501.60** |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| INVOICE | 1530778 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530778 | 7/20/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071609 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/21/09 |

**Bill To:**
Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship To:**
Bachrach #037          SLK
2046 Westfield Shoppingtown
Southlake
Merrillville          IN   46410

Div: 1 Neema                                           U
DUNS Number   005986799                    072009

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187942 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACWOBK | A11 | Assorted S | | Assorted Suit | 44 | | .00 |
| | BACWOBN | A11 | Assorted S | | Assorted Suit | 19 | | .00 |
| | BACWOGY | A11 | Assorted S | | Assorted Suit | 30 | | .00 |
| | BACWONV | A11 | Assorted S | | Assorted Suit | 26 | | .00 |

| Cartons:  12   Weight:  102   Bill of Lading:  ZE4F3790369006628 | | Total Units   119 | Merch | .00 |
|---|---|---|---|---|
| Thank you for your order. | | | Discount | .00 |
| Customer Phone: 219-769-4927 | Customer Fax: 219-769-4930 | | Freight | 435.48 |
| Pick Ticket No's:   1 | | | Other Chgs | .00 |
| Special Instructions: | | | Sales Tax | .00 |

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of ... n 4(A) of the Flammable Fabrics Act. Continuing g... ... e under the Textile Fiber Identification Act filed wit... ...e Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

| Returns | .00 |
|---|---|
| Deposit | .00 |
| Total | 435.48 |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884          Fax:  201 858-0028

| **Invoice** | **1530779** |
|---|---|
| | Page:  1 |

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530779 | 7/20/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071609 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/21/09 |

**Bill To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                NY   10018

**Ship To:**  Bachrach #090          HML
Hamilton Town Center
13170 Harrell Pkwy  Space A15
Noblesville          IN  46060

Div: 1 Neema                                     U
DUNS Number  005986799                    072009

| Customer PO Number | Dept. | Terms | Sls Reps | Leg Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187947 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACWOBK | A11 | Assorted S | | Assorted Suit | 34 | | .00 |
| | BACWOBN | A11 | Assorted S | | Assorted Suit | 12 | | .00 |
| | BACWOGY | A11 | Assorted S | | Assorted Suit | 19 | | .00 |
| | BACWONV | A11 | Assorted S | | Assorted Suit | 19 | | .00 |

| Cartons:  9    Weight:  720    Bill of Lading:  ZE4F3790368198512 | Total Units | 84 | | Merch | .00 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 317-674-0140          Customer Fax: 317-674-0143

Pick Ticket No's:    1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of § 4(A) of the Flammable Fabrics Act. Continuing
gua         under the Textile Fiber Identification Act filed
with ... Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 308.71 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **308.71** |

# Neema Clothing, Ltd.
## 74-76 Gould Street

### Bayonne, NJ   07002

Phone:  201 858-2884          Fax:   201 858-0028

| Invoice | 1530780 |
|---|---|
| | Page:   1 |

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1530780 | 7/20/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071609 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/21/09 |

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York                    NY    10018

**Ship-To:** Bachrach #095          MED
Meadows @ Lake St. Louis
10 Meadows Circle Dr.   #104
Lake Saint Louis            MO 63367

Div: 1 Neema                                U
DUNS Number  005986799              072009

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187948 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACWOBK | A11 | Assorted S | | Assorted Suit | 35 | | .00 |
| | BACWOBN | A11 | Assorted S | | Assorted Suit | 14 | | .00 |
| | BACWOGY | A11 | Assorted S | | Assorted Suit | 18 | | .00 |
| | BACWONV | A11 | Assorted S | | Assorted Suit | 17 | | .00 |

| Cartons:  9      Weight:  720      Bill of Lading:  ZE4F3790368633701 | Total Units      84 | Merch | .00 |
|---|---|---|---|

Thank you for your order.

Customer Phone: 636-625-1722          Customer Fax:  636-625-1726

Pick Ticket No's:    2

Special Instructions:

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of the 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 308.71 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | 308.71 |

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| Invoice | **4527783** |
|---|---|
| | Page:  1 |

Phone:  (770) 537-1211       Fax:  (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship-To:**  Bachrach  #016    KEY
The Fashion Mall - Space # 104
Keystone at the Crossing
Indianapolis          IN   46240

| Invoice No. | Invoice Date |
|---|---|
| 4527783 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 44074 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

Div:  4 Bremen
DUNS Number  179620559          071709

| Customer PO Number | Dept | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044074 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 32 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 25 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 33 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 13 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 18 | | .00 |
| | | | | | | 13 | | .00 |

| Cartons:  3     Weight:  137     Bill of Lading:  0343888976 | Total Units | 134 |
|---|---|---|

Thank you for your order.

Customer Phone:  317-582-1787          Customer Fax:  317-582-1789

Pick Ticket No's:     1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
... action 4(A) of the Flammable Fabrics Act. Continuing
...antee under the Textile Fiber Identification Act filed
... the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 49.60 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **49.60** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

Phone: (770) 537-1211      Fax: (770) 537-4804
customerservice@brementrousers.com

| **Invoice** | **4527784** |
|---|---|
| | Page: 1 |

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 4527784 | 7/17/09 |
| Customer Account No. | Approval No. |
| BACH18 | 44071 |
| Customer DUNS No. | Due Date |
| | 7/18/09 |

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York         NY   10018

Ship-To: Bachrach  #037    SLK
2046 Westfield Shoppingtown
Southlake
Merrillville        IN   46410

Div: 4 Bremen
DUNS Number  179620559                    071709

| Customer PO Number | Dept | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044071 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 28 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 26 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 25 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 12 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 18 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 12 | | .00 |

| Cartons: 3 | Weight: 123 | Bill of Lading: 0345382820 | Total Units | 121 | Merch | .00 |
|---|---|---|---|---|---|---|

Thank you for your order.

Customer Phone:  219-769-4927        Customer Fax:  219-769-4930

Pick Ticket No's:   1
Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
... ection 4(A) of the Flammable Fabrics Act. Continuing
...antee under the Textile Fiber Identification Act filed
... in the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment. All
Returns Require Prior Written Approval.

| Discount | .00 |
|---|---|
| Freight | 46.23 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **46.23** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| Invoice | 4527785 |
|---|---|

Page:  1

Phone:  (770) 537-1211       Fax:   (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill To:  Bachrach Aquisition, LLC
1430 Broadway

New York               NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 4527785 | 7/17/09 |
| Customer Account No. | Approval No. |
| BACH18 | 44078 |
| Customer DUNS No. | Due Date |
| | 7/18/09 |

Ship-To:  Bachrach  #083    RSF
Roosevelt Field - Space 1108B
630 Old Country Road
Garden City          NY 11530

Div: 4 Bremen
DUNS Number   179620559                        071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044078 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 35 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 27 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 33 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 13 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 18 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 13 | | .00 |

| Cartons:  3 | Weight:  144 | Bill of Lading:  0344056863 | Total Units | 139 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone:  516-747-1435          Customer Fax:  516-747-1435

Pick Ticket No's:   1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
...ction 4(A) of the Flammable Fabrics Act. Continuing
...antee under the Textile Fiber Identification Act filed
...h the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 63.36 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **63.36** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| Invoice | 4527786 |
|---------|---------|

Page:  1

Phone:  (770) 537-1211        Fax:  (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York                    NY    10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 4527786 | 7/17/09 |

| Customer Account No. | Approval No. |
|----------------------|--------------|
| BACH18 | 44077 |

Ship-To: Bachrach  #089    PGN
Fashion Ct @ Pentagon - Sp Y02
1100 South Hayes Street
Arlington                    VA 22202

| Customer DUNS No. | Due Date |
|-------------------|----------|
| | 7/18/09 |

Div:  4 Bremen                                    l
DUNS Number  179620559                071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|--------------------|-------|-------|----------|------------|------------|-----------------|------------|
| 65019 | 426 | Consignment | 999 | 0044077 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 40 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 34 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 39 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 16 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 24 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 16 | | .00 |

| Cartons:  4 | Weight:  179 | Bill of Lading:  0343411293 | Total Units | 169 | Merch | .00 |
|-------------|--------------|------------------------------|-------------|-----|-------|-----|

Thank you for your order.

Customer Phone:  703-413-5068            Customer Fax:  703-413-2034

Pick Ticket No's:    1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
...tion 4(A) of the Flammable Fabrics Act. Continuing
...antee under the Textile Fiber Identification Act filed
...th the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|-------|-----|
| Discount | .00 |
| Freight | 65.42 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **65.42** |

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| **Invoice** | **4527787** |
|---|---|

Page:  1

Phone:  (770) 537-1211        Fax:  (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY    10018

| Invoice No. | Invoice Date |
|---|---|
| 4527787 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 44073 |

Ship-To:  Bachrach  #008    TWV
27228 Novi Road

Novi                    MI    48377

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

Div: 4 Bremen
DUNS Number   179620559                    071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044073 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 37 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 29 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 37 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 16 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 21 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 15 | | .00 |

| Cartons:  3      Weight:  159      Bill of Lading:  0345091340 | Total Units | 155 | Merch | .00 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone:  248-344-1744        Customer Fax:  248-347-5814

Pick Ticket No's:    1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
...ction 4(A) of the Flammable Fabrics Act. Continuing
...antee under the Textile Fiber Identification Act filed
... the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Discount | .00 |
|---|---|
| Freight | 55.65 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **55.65** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| **Invoice** | **4527788** |
|---|---|

Page: 1

Phone: (770) 537-1211      Fax: (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York        NY   10018

Ship-To: Bachrach  #079    WFL
J-106 Woodfield Mall

Schaumburg        IL   60173

| Invoice No. | Invoice Date |
|---|---|
| 4527788 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 44070 |

| Customer DUNS No. | Due Date |
|---|---|
|  | 7/18/09 |

Div: 4 Bremen
DUNS Number  179620559          071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044070 |  | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
|  | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 60 |  | .00 |
|  | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 45 |  | .00 |
|  | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 61 |  | .00 |
|  | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 27 |  | .00 |
|  | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 37 |  | .00 |
|  | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 26 |  | .00 |

| Cartons: 5   Weight: 260   Bill of Lading: 0343935389 | | Total Units | 256 | Merch | .00 |
|---|---|---|---|---|---|
| Thank you for your order. | | | | Discount | .00 |
| Customer Phone: 847-413-8514     Customer Fax: 847-413-4109 | | | | Freight | 91.70 |
| Pick Ticket No's: 1 | | | | Other Chgs | .00 |
| Special Instructions: | | | | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions  ...ction 4(A) of the Flammable Fabrics Act. Continuing ...antee under the Textile Fiber Identification Act filed ...m the Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | | | Returns | .00 |
|  |  | | | Deposit | .00 |
|  |  | | | **Total** | **91.70** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| Invoice | 4527789 |
|---------|---------|

Page: 1

Phone: (770) 537-1211      Fax:  (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 4527789 | 7/17/09 |

| Customer Account No. | Approval No. |
|----------------------|--------------|
| BACH18 | 44080 |

| Customer DUNS No. | Due Date |
|-------------------|----------|
| | 7/18/09 |

**Ship-To:** Bachrach #019    NSH
The Mall At Green Hills
126 Abbott Martin Rd. Space157
Nashville            TN 37215

Div: 4 Bremen
DUNS Number   179620559                    071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|--------------------|-------|-------|----------|------------|------------|-----------------|------------|
| 65019 | 426 | Consignment | 999 | 0044080 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 37 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 30 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 38 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 16 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 24 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 15 | | .00 |

| Cartons: 4 | Weight: 164 | Bill of Lading: 0343596433 | **Total Units**  160 | Merch | .00 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 615-292-4916          Customer Fax: 615-292-4917

Pick Ticket No's:    1

Special Instructions:

| | Merch | .00 |
|---|---|---|
| | Discount | .00 |
| | Freight | 54.48 |
| | Other Chgs | .00 |
| | Sales Tax | .00 |
| | Returns | .00 |
| | Deposit | .00 |
| | **Total** | 54.48 |

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
section 4(A) of the Flammable Fabrics Act. Continuing
antee under the Textile Fiber Identification Act filed
...n the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| Invoice | 4527790 |
|---|---|

Page: 1

Phone: (770) 537-1211      Fax: (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 4527790 | 7/17/09 |
| Customer Account No. | Approval No. |
| BACH18 | 44079 |
| Customer DUNS No. | Due Date |
| | 7/18/09 |

Ship-To: Bachrach  #018    HUG
Houston Galleria IV Ste# 5400
5135 West Alabama
Houston          TX 77056

Div: 4 Bremen                                    I
DUNS Number   179620559                    071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044079 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 34 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 27 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 37 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 15 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 21 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 14 | | .00 |

| Cartons: 3 | Weight: 150 | Bill of Lading: 0343981678 | | Total Units | 148 | Merch | .00 |
|---|---|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 713-626-4083          Customer Fax: 713-960-6057

Pick Ticket No's:      1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
section 4(A) of the Flammable Fabrics Act. Continuing
antee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 69.90 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 69.90 |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| Invoice | 4527791 |
|---------|---------|

Page: 1

Phone: (770) 537-1211      Fax:  (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 4527791 | 7/17/09 |

| Customer Account No. | Approval No. |
|----------------------|--------------|
| BACH18 | 44082 |

| Customer DUNS No. | Due Date |
|-------------------|----------|
| | 7/18/09 |

Ship-To: Bachrach #027    ORL
Orland Square Shopping Center
644 Orland Square, F-11
Orland Park          IL   60462

Div: 4 Bremen                                    I
DUNS Number   179620559
                                              071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|--------------------|-------|-------|----------|------------|------------|-----------------|------------|
| 65019 | 426 | Consignment | 999 | 0044082 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 35 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 27 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 33 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 14 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 18 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 13 | | .00 |

| Cartons:   3      Weight:  141      Bill of Lading:  0345861508 | Total Units      140 | Merch | .00 |
|---|---|---|---|

Thank you for your order.

Customer Phone: 708-460-5656          Customer Fax:  708-460-6442

Pick Ticket No's:     2

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
ection 4(A) of the Flammable Fabrics Act. Continuing
antee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|-------|-----|
| Discount | .00 |
| Freight | 55.83 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **55.83** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| **Invoice** | **4527792** |
|---|---|

Page: 1

Phone: (770) 537-1211     Fax:  (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York              NY    10018

| Invoice No. | Invoice Date |
|---|---|
| 4527792 | 7/17/09 |
| Customer Account No. | Approval No. |
| BACH18 | 44075 |
| Customer DUNS No. | Due Date |
| | 7/18/09 |

Ship-To: Bachrach  #095     MED
The Meadows at Lake St. Louis
10 Meadows Circle Dr.  Ste 104
Lake Saint Louis          MO63367

Div: 4 Bremen
DUNS Number   179620559            071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044075 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 13 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 12 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 15 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 6 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 12 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 6 | | .00 |

| Cartons: 2    Weight: 66    Bill of Lading: 0345753536 | | Total Units | 64 | Merch | .00 |
|---|---|---|---|---|---|
| Thank you for your order. | | | | Discount | .00 |
| Customer Phone: 636-625-1722     Customer Fax: 636-625-1726 | | | | Freight | 25.84 |
| Pick Ticket No's:   1 | | | | Other Chgs | .00 |
| Special Instructions: | | | | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | | | Returns | .00 |
| | | | | Deposit | .00 |
| | | | | Total | 25.84 |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| **Invoice** | **4527793** |
|---|---|

Page: 1

Phone: (770) 537-1211     Fax: (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York              NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 4527793 | 7/17/09 |
| Customer Account No. | Approval No. |
| BACH18 | 44076 |
| Customer DUNS No. | Due Date |
|  | 7/18/09 |

Ship-To: Bachrach  #090    HML
Hamilton Town Center
13170 Harrell Pkwy, Space A15
Noblesville       IN   46060

Div: 4 Bremen
DUNS Number   179620559          071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044076 |  | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
|  | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 14 |  | .00 |
|  | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 11 |  | .00 |
|  | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 15 |  | .00 |
|  | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 6 |  | .00 |
|  | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 7 |  | .00 |
|  | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 7 |  | .00 |

| Cartons: 2     Weight: 64     Bill of Lading: 0344430556 | | Total Units | 60 | Merch | .00 |
|---|---|---|---|---|---|
| Thank you for your order. | | | | Discount | .00 |
| Customer Phone: 317-674-0140        Customer Fax: 317-674-0143 | | | | Freight | 25.20 |
| Pick Ticket No's:    1 | | | | Other Chgs | .00 |
| Special Instructions: | | | | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions ^ection 4(A) of the Flammable Fabrics Act. Continuing ..arantee under the Textile Fiber Identification Act filed .../ith the Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | | | Returns | .00 |
| | | | | Deposit | .00 |
| | | | | **Total** | **25.20** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

| **Invoice** | **4527794** |

Page:  1

Phone:  (770) 537-1211        Fax:   (770) 537-4804
customerservice@brementrousers.com

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

| Invoice No. | Invoice Date |
| --- | --- |
| 4527794 | 7/17/09 |

| Customer Account No. | Approval No. |
| --- | --- |
| BACH18 | 44072 |

| Customer DUNS No. | |
| --- | --- |

| Due Date |
| --- |
| 7/18/09 |

Ship-To:  Bachrach  #064    SOM
Somerset Collection N. # S-204
2800 West Big Beaver Road
Troy                    MI  48084

Div: 4 Bremen                                    I
DUNS Number   179620559
071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As of Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 65019 | 426 | Consignment | 999 | 0044072 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 49 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 39 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 51 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 21 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 32 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 19 | | .00 |

| Cartons:   5    Weight:   225    Bill of Lading:   0343570773 | Total Units    211 | |
| --- | --- | --- |
| Thank you for your order. | Merch | .00 |
| | Discount | .00 |
| Customer Phone: 248-649-3399        Customer Fax:  248-649-5984 | Freight | 83.00 |
| Pick Ticket No's:    1 | Other Chgs | .00 |
| Special Instructions: | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions ~ection 4(A) of the Flammable Fabrics Act  Continuing ~arantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | Returns    .00 |
| | | Deposit    .00 |
| | | Total    83.00 |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

Phone: (770) 537-1211        Fax: (770) 537-4804
customerservice@brementrousers.com

| **Invoice** | **4527795** |
|---|---|

Page: 1

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 4527795 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 44069 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York        NY   10018

**Ship-To:** Bachrach  #031    STB
Stonebriar Center - Space 2148
2601 Preston Road
Frisco        TX  75034

Div: 4 Bremen
DUNS Number   179620559        071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | | Consignment | 999 | 0044069 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 28 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 29 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 25 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 10 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 17 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 12 | | .00 |

| Cartons: 3    Weight: 120    Bill of Lading: 0344910948 | | **Total Units** | **121** | Merch | .00 |
|---|---|---|---|---|---|
| Thank you for your order. | | | | Discount | .00 |
| Customer Phone: 469-633-0500        Customer Fax: 214-387-9167 | | | | Freight | 54.12 |
| Pick Ticket No's:    1 | | | | Other Chgs | .00 |
| Special Instructions: | | | | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment. All Returns Require Prior Written Approval. | | | Returns | .00 |
| | | | | Deposit | .00 |
| | | | | **Total** | **54.12** |

PDF created with pdfFactory trial version www.pdffactory.com

**Bremen Trouser Company**
**Division of Neema Clothing Ltd**
**904 Pacific Avenue**
**Bremen, GA 30110**

Phone: (770) 537-1211        Fax: (770) 537-4804
customerservice@bementrousers.com

| **Invoice** | **4527796** |
|---|---|

Page: 1

Please make check payable and
mail to:
Bremen Trouser Company
Division of Neema Worldwide
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 4527796 | 7/17/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 44081 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York                NY    10018

Ship-To: Bachrach #025    MFR
Mayfair Mall
2500 North Mayfair Road
Wauwatosa              WI 53226

Div: 4 Bremen
DUNS Number   179620559                   071709

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | 426 | Consignment | 999 | 0044081 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | G342031 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 47 | | .00 |
| | G644072 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 35 | | .00 |
| | GI42027 | G022 | G II OXFOR | 99 | Bremen Pants II OXFORD | 47 | | .00 |
| | GL72BB03 | G392 | G KEITH | 99 | Bremen Pants KEITH | 19 | | .00 |
| | GL72KK01 | G392 | G KEITH | 99 | Bremen Pants KEITH | 25 | | .00 |
| | GL72KK02 | G392 | G KEITH | 99 | Bremen Pants KEITH | 19 | | .00 |

| Cartons: 4    Weight: 192    Bill of Lading: 0343590895 | | Total Units | 192 |
|---|---|---|---|

Thank you for your order.

Customer Phone: 414-257-4055        Customer Fax: 414-257-4163

Pick Ticket No's:    1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
Section 4(A) of the Flammable Fabrics Act. Continuing
arantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment. All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 84.48 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **84.48** |

PDF created with pdfFactory trial version www.pdffactory.com

**Emanuel Ungaro**
Division of Neema Clothing Ltd
74-76 Gould Street
Bayonne, NJ 07002

## Invoice    8500027

Page:   1

Phone:  201-858-2884          Fax:   201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York              NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500027 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

**Ship-To:** Bachrach #008          TWV
27228 Novi Road

Novi              MI  48377

Div:  8 Ungaro                                U
DUNS Number                          071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187384 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 3 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 9 | | .00 |

Cartons:  2      Weight:  122      Bill of Lading:  ZE4F3790369247207          **Total Units**      12

Thank you for your order.

Customer Phone: 248-344-1744          Customer Fax: 248-347-5814

Pick Ticket No's:   1

Special Instructions:

Base     on a guarantee received, the wearing apparel
del        nder this invoice complies with the provisions
of S.       4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 41.34 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | 41.34 |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500028 |
|---|---|

Page:    1

Phone:  201-858-2884          Fax:  201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York              NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500028 | 7/15/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071509 |

**Ship-To:**  Bachrach #016          KEY
The Fashion Mall    Space 104
8702 Keystone Crossing
Indianapolis          IN  46240

| Customer DUNS No. | Due Date |
|---|---|
|  | 7/16/09 |

Div:  8 Ungaro                    U
DUNS Number          071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 |  | Consignment | 999 | 1187385 |  | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
|  | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 |  | .00 |
|  | 8949001 | 9228 | 9228 |  | 2 Btn SV Tuxedo w/Flat Front Tro | 10 |  | .00 |

Cartons:  2    Weight:  122    Bill of Lading:  ZE4F3790369309908

Total Units          12

Thank you for your order.

Customer Phone: 317-582-1787          Customer Fax: 317-582-1789

Pick Ticket No's:    1

Special Instructions:

Bar_____on a guarantee received, the wearing apparel
de_____ under this invoice complies with the provisions
of ___ ___n 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 50.94 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 50.94 |

Emanuel Ungaro
Division of Neema Clothing Ltd
74-76 Gould Street
Bayonne, NJ 07002

| Invoice | 8500029 |
|---------|---------|

Page:   1

Phone:  201-858-2884        Fax:   201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York           NY   10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 8500029 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

**Ship-To:** Bachrach #018        HUG
Houston Galleria IV   Ste 5400
5135 W. Alabama
Houston             TX  77056

Div:  8 Ungaro                          U
DUNS Number                       071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|--------------------|-------|-------|----------|------------|-----------|-----------------|------------|
| 65015 | | Consignment | 999 | 1187386 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 10 | | .00 |

Cartons:   2     Weight:  122     Bill of Lading:  ZE4F3790368859816

| Total Units | 12 |
|-------------|----|

Thank you for your order.

Customer Phone: 713-626-4083          Customer Fax: 713-960-6057

Pick Ticket No's:   1
Special Instructions:

Bas_ \_on a guarantee received, the wearing apparel
del_ _ under this invoice complies with the provisions
of S_   _ 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|-------|-----|
| Discount | .00 |
| Freight | 62.86 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **62.86** |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500030 |
|---------|---------|

Page:   1

Phone:  201-858-2884          Fax:   201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 8500030 | 7/15/09 |

| Customer Account No. | Approval No. |
|----------------------|--------------|
| BACH18 | 071509 |

| Customer DUNS No. | Due Date |
|-------------------|----------|
| | 7/16/09 |

Ship-To:  Bachrach #019          NSH
The Mall @ Green Hills
126 Abbott Martin Rd  #157
Nashville         TN 37215

Div: 8 Ungaro                    U
DUNS Number                071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|--------------------|-------|-------|----------|------------|------------|-----------------|------------|
| 65015 | | Consignment | 999 | 1187387 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|-----------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 10 | | .00 |

| Cartons:  2 | Weight:  122 | Bill of Lading:  ZE4F3790369980441 | Total Units | 12 |
|-------------|--------------|-------------------------------------|-------------|-----|

Thank you for your order.

Customer Phone: 615-292-4916          Customer Fax: 615-292-4917

Pick Ticket No's:   1

Special Instructions:

Bas___ ___on a guarantee received, the wearing apparel
del___ ___ under this invoice complies with the provisions
of S___ ___on 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|-------|-----|
| Discount | .00 |
| Freight | 50.94 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **50.94** |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| **Invoice** | **8500031** |
|---|---|

Page:   1

Phone:  201-858-2884          Fax:   201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York               NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500031 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

**Ship-To:** Bachrach #025          MFR
Mayfair Mall
2500 N. Mayfair Road
Wauwatosa              WI  53226

Div:  8 Ungaro                                        U
DUNS Number                               071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187388 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 15 | | .00 |

| Cartons:  2    Weight:  128    Bill of Lading:  ZE4F3790368056059 | | Total Units | 15 | Merch | .00 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 414-257-4055          Customer Fax: 414-257-4163

Pick Ticket No's:   1

Special Instructions:

| | |
|---|---|
| Discount | .00 |
| Freight | 52.07 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **52.07** |

Based on a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of Sec. 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

Emanuel Ungaro
Division of Neema Clothing Ltd
74-76 Gould Street
Bayonne, NJ 07002

| | **Invoice** | **8500032** |
|---|---|---|
| | | Page:   1 |

Phone: 201-858-2884          Fax:  201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500032 | 7/15/09 |
| **Customer Account No.** | **Approval No.** |
| BACH18 | 071509 |
| **Customer DUNS No.** | **Due Date** |
| | 7/16/09 |

Ship-To: Bachrach #027        ORL
Orland Square Shopping Center
644 Orland Square, F-11
Orland Park        IL   60462

Div: 8 Ungaro                          U
DUNS Number                     071609

| Customer PO Number | Dept | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187389 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 10 | | .00 |

Cartons:  2    Weight:  122    Bill of Lading:  ZE4F3790367170801

| | Total Units | 12 |
|---|---|---|

Thank you for your order.

Customer Phone: 708-460-5656          Customer Fax: 708-460-6442

Pick Ticket No's:   1

Special Instructions:

Base   on a guarantee received, the wearing apparel
deliv     under this invoice complies with the provisions
of Se     4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 50.94 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **50.94** |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500033 |
|---|---|

Page:  1

Phone:  201-858-2884          Fax:  201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500033 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

Ship-To:  Bachrach #031          STB
Stonbriar Center - Space 2148
2601 Preston Road
Frisco          TX 75034

Div:  8 Ungaro                    U
DUNS Number                    071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187390 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 10 | | .00 |

| Cartons:  2 | Weight:  122 | Bill of Lading:  ZE4F3790368869001 | Total Units | 12 | Merch | .00 |
|---|---|---|---|---|---|---|

Thank you for your order.

| | Discount | .00 |
|---|---|---|

Customer Phone: 469-633-0500          Customer Fax: 214-387-9167

Freight     62.86
Other Chgs     .00

Pick Ticket No's:     1

Sales Tax     .00

Special Instructions:

Base_____ on a guarantee received, the wearing apparel
del_____ __nder this invoice complies with the provisions
of S_____ . 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Returns | .00 |
|---|---|
| Deposit | .00 |
| **Total** | **62.86** |

**Emanuel Ungaro**
Division of Neema Clothing Ltd
74-76 Gould Street
Bayonne, NJ 07002

| **Invoice** | 8500034 |
|---|---|

Page: 1

Phone: 201-858-2884          Fax: 201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York          NY  10018

| Invoice No. | Invoice Date |
|---|---|
| 8500034 | 7/15/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071509 |

| Customer DUNS No. | Due Date |
|---|---|
|  | 7/16/09 |

**Ship-To:** Bachrach #037          SLK
2046 Westfield Shoppingtown
Southlake
Merrillville          IN  46410

Div: 8 Ungaro                    U
DUNS Number                071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 |  | Consignment | 999 | 1187391 |  | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
|  | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 |  | .00 |
|  | 8949001 | 9228 | 9228 |  | 2 Btn SV Tuxedo w/Flat Front Tro | 10 |  | .00 |

| Cartons: 2   Weight: 122   Bill of Lading: ZE4F3790368405378 | | **Total Units** | **12** | Merch | .00 |
|---|---|---|---|---|---|

Thank you for your order.

| | Discount | .00 |
|---|---|---|
| | Freight | 50.94 |

Customer Phone: 219-769-4927          Customer Fax: 219-769-4930

| | Other Chgs | .00 |
|---|---|---|
| | Sales Tax | .00 |

Pick Ticket No's:   1

| | Returns | .00 |
|---|---|---|

Special Instructions:

Based upon a guarantee received, the wearing apparel
del      under this invoice complies with the provisions
of l      4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment. All
Returns Require Prior Written Approval.

| | Deposit | .00 |
|---|---|---|
| | **Total** | **50.94** |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
74-76 Gould Street
Bayonne, NJ 07002

| Invoice | 8500035 |
|---|---|

Page: 1

Phone: 201-858-2884          Fax: 201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

Ship-To: Bachrach #064          SOM
Sommerset Collection N. #S-204
2800 W. Big Beaver Rd
Troy          MI  48084

| Invoice No. | Invoice Date |
|---|---|
| 8500035 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

Div: 8 Ungaro          U
DUNS Number          071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187392 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 12 | | .00 |

---

| Cartons: 2 | Weight: 122 | Bill of Lading: ZE4F3790368854259 | | Total Units | 12 | Merch | .00 |
|---|---|---|---|---|---|---|---|
| Thank you for your order. | | | | | | Discount | .00 |
| Customer Phone: 248-649-3399 | | Customer Fax: 248-649-5984 | | | | Freight | 41.34 |
| Pick Ticket No's: 1 | | | | | | Other Chgs | .00 |
| Special Instructions: | | | | | | Sales Tax | .00 |

Based upon a guarantee received, the wearing apparel
de...    under this invoice complies with the provisions
of ...    n 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Returns | .00 |
|---|---|
| Deposit | .00 |
| **Total** | **41.34** |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| | Invoice | 8500036 |
|---|---|---|

Page: 1

Phone: 201-858-2884          Fax: 201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500036 | 7/15/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071509 |

**Ship-To:** Bachrach #079          WFL
J-106 Woodfield Mall

Schaumburg          IL   60173

| Customer DUNS No. | Due Date |
|---|---|
| | 7/16/09 |

Div: 8 Ungaro          U
DUNS Number          071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187393 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 1 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 14 | | .00 |

Cartons: 2     Weight: 128     Bill of Lading: ZE4F3790368482017

| | Total Units | 15 |
|---|---|---|

Thank you for your order.

Customer Phone: 847-413-8514          Customer Fax: 847-413-4109

Pick Ticket No's:   1
Special Instructions:

Based upon a guarantee received, the wearing apparel
del      under this invoice complies with the provisions
of t      4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment. All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 52.07 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **52.07** |

**Emanuel Ungaro**

**Division of Neema Clothing Ltd**

**74-76 Gould Street**

**Bayonne, NJ 07002**

Phone: 201-858-2884          Fax: 201-858-0028

| Invoice | 8500037 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 8500037 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
|  | 7/16/09 |

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship-To:** Bachrach #083          RSF
Roosevelt Field - Space 1108B
630 Old Country Road
Garden City          NY 11530

Div: 8 Ungaro          U
DUNS Number          071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 |  | Consignment | 999 | 1187394 |  | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
|  | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 |  | .00 |
|  | 8949001 | 9228 | 9228 |  | 2 Btn SV Tuxedo w/Flat Front Tro | 13 |  | .00 |

| Cartons:  2      Weight:  128      Bill of Lading:  ZE4F3790367352276 | Total Units | 15 |
|---|---|---|

Thank you for your order.

Customer Phone: 516-747-1435          Customer Fax: 516-747-0124

Pick Ticket No's:  1

Special Instructions:

Bar___ upon a guarantee received, the wearing apparel
d___      under this invoice complies with the provisions
of ___ on 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment. All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 29.25 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **29.25** |

Emanuel Ungaro
Division of Neema Clothing Ltd
74-76 Gould Street
Bayonne, NJ 07002

| **Invoice** | **8500038** |
|---|---|

Page: 1

Phone: 201-858-2884          Fax:  201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY  10018

| Invoice No. | Invoice Date |
|---|---|
| 8500038 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

**Ship-To:**  Bachrach #089          PGN
Fashion Center @ Pentagon
1100 S. Hayes St.  # Y02
Arlington          VA 22202

Div: 8 Ungaro                      U
DUNS Number                071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187395 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 2 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 13 | | .00 |

| Cartons:  2 | Weight:  122 | Bill of Lading:  ZE4F3790368234393 | Total Units | 15 | Merch | .00 |
|---|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 703-413-5068          Customer Fax: 703-413-2034

Pick Ticket No's:   1

Special Instructions:

| | | |
|---|---|---|
| Merch | | .00 |
| Discount | | .00 |
| Freight | | 35.56 |
| Other Chgs | | .00 |
| Sales Tax | | .00 |
| Returns | | .00 |
| Deposit | | .00 |
| **Total** | | **35.56** |

Based upon a guarantee received, the wearing apparel del.     under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| **Invoice** | **8500039** |
|---|---|

Page: 1

Phone: 201-858-2884          Fax: 201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500039 | 7/15/09 |
| Customer Account No. | Approval No. |
| BACH18 | 071509 |
| Customer DUNS No. | Due Date |
| | 7/16/09 |

Ship-To: Bachrach #090          HML
Hamilton Town Center
13170 Harrell Pkwy  Space A15
Noblesville          IN   46060

Div: 8 Ungaro          U
DUNS Number          071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187396 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 6 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 6 | | .00 |

| Cartons: 2 | Weight: 122 | Bill of Lading: ZE4F3790369152041 | **Total Units** | **12** |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 317-674-0140          Customer Fax: 317-674-0143

Pick Ticket No's:   1

Special Instructions:

Bas...  ...on a guarantee received, the wearing apparel
de...  ...under this invoice complies with the provisions
of ...  ...on 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment. All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 50.94 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **50.94** |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500040 |
|---|---|

Page: 1

Phone: 201-858-2884         Fax: 201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York                    NY    10018

| Invoice No. | Invoice Date |
|---|---|
| 8500040 | 7/15/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 071509 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/16/09 |

Ship-To: Bachrach #095        MED
Meadows @ Lake St. Louis
10 Meadows Circle Dr.  #104
Lake Saint Louis        MO 63367

Div:  8 Ungaro                              U
DUNS Number                        071609

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1187397 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8946001 | E198 | Tuxedo E19 | WT | 2 Btn CV sb Tuxedo w/Flat Front | 6 | | .00 |
| | 8949001 | 9228 | 9228 | | 2 Btn SV Tuxedo w/Flat Front Tro | 6 | | .00 |

Cartons:  2     Weight:  122     Bill of Lading:  ZE4F3790367260919

| Total Units | 12 |
|---|---|

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 50.94 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **50.94** |

Thank you for your order.

Customer Phone: 636-625-1722         Customer Fax: 636-625-1726

Pick Ticket No's:   1

Special Instructions:

Bar        oon a guarantee received, the wearing apparel
de         under this invoice complies with the provisions
of          n 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

Phone: 201-858-2884          Fax: 201-858-0028

| Invoice | 8500022 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 8500022 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070609 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

Bill To:
Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

Ship To:
Bachrach #031       STB
Stonbriar Center - Space 2148
2601 Preston Road
Frisco          TX  75034

Div: 8 Ungaro                          U
DUNS Number                      071409

| Customer PO Number | Dept | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65016 | | Consignment | 999 | 1183998 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 70107001 | Z437 | Z437 | | 2 Btn SV Blazer | 8 | | .00 |
| | 70107419 | Z437 | Z437 | | 2 Btn SV Blazer | 17 | | .00 |

Cartons:   3     Weight:  567     Bill of Lading:  ZE4F3790368679823

Total Units        25

Thank you for your order.

Customer Phone: 469-633-0500          Customer Fax: 214-387-9167

Pick Ticket No's:    1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of S_____ 4(A) of the Flammable Fabrics Act. Continuing
gu__   under the Textile Fiber Identification Act filed
with___onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 107.30 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 107.30 |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500023 |
|---|---|

Page: 1

Phone: 201-858-2884        Fax:  201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

Bill-To: Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

Ship-To: Bachrach #037      SLK
2046 Westfield Shoppingtown
Southlake
Merrillville         IN  46410

| Invoice No. | Invoice Date |
|---|---|
| 8500023 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070609 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

Div: 8 Ungaro                                    U
DUNS Number                          071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65016 | | Consignment | 999 | 1183999 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 70107001 | Z437 | Z437 | | 2 Btn SV Blazer | 9 | | .00 |
| | 70107419 | Z437 | Z437 | | 2 Btn SV Blazer | 17 | | .00 |

| Cartons: 3    Weight: 906    Bill of Lading:  ZE4F3790368261603 | Total Units | 26 | Merch | .00 |
|---|---|---|---|---|

Thank you for your order.

| | Discount | .00 |
|---|---|---|

Customer Phone: 219-769-4927          Customer Fax: 219-769-4930

| | Freight | 98.05 |
|---|---|---|

Pick Ticket No's:  1

| | Other Chgs | .00 |
|---|---|---|

Special Instructions:

| | Sales Tax | .00 |
|---|---|---|

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of F      4(A) of the Flammable Fabrics Act. Continuing
gu        under the Textile Fiber Identification Act filed
with      Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | Returns | .00 |
|---|---|---|
| | Deposit | .00 |
| | Total | 98.05 |

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500024 |
|---------|---------|
| | Page:   1 |

Phone: 201-858-2884          Fax:   201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Bill-To: | Bachrach Aquisition, LLC |
| | 1430 Broadway |

New York          NY   10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 8500024 | 7/13/09 |
| Customer Account No. | Approval No. |
| BACH18 | 070609 |
| Customer DUNS No. | Due Date |
| | 7/14/09 |

| Ship To: | Bachrach #090          HML |
| | Hamilton Town Center |
| | 13170 Harrell Pkwy  Space A15 |
| | Noblesville          IN   46060 |

Div:  8 Ungaro                                U
DUNS Number                          071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|--------------------|-------|-------|----------|------------|------------|-----------------|------------|
| 65016 | | Consignment | 999 | 1184004 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | 70107001 | Z437 | Z437 | | 2 Btn SV Blazer | 6 | | .00 |
| | 70107419 | Z437 | Z437 | | 2 Btn SV Blazer | 17 | | .00 |

| Cartons:  3 | Weight:  530 | Bill of Lading:  ZE4F3790367260188 | | Total Units | 23 | Merch | .00 |
|-------------|--------------|-----------------------------------|--|-------------|----|-------|-----|

Thank you for your order.

Customer Phone: 317-674-0140          Customer Fax: 317-674-0143

Pick Ticket No's:   1

Special Instructions:

| | |
|--|--|
| Merch | .00 |
| Discount | .00 |
| Freight | 85.47 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 85.47 |

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guaranty under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment. All Returns Require Prior Written Approval.

**Emanuel Ungaro**
**Division of Neema Clothing Ltd**
**74-76 Gould Street**
**Bayonne, NJ 07002**

| Invoice | 8500025 |
|---|---|

Page: 1

Phone: 201-858-2884       Fax: 201-858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 8500025 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070609 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

**Ship-To:** Bachrach #095        MED
Meadows @ Lake St. Louis
10 Meadows Circle Dr.  #104
Lake Saint Louis        MO63367

Div: 8 Ungaro                          U
DUNS Number                    071409

| Customer PO Number | Dept. | Terms | Sls Reps. | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65016 | | Consignment | 999 | 1184006 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 70107001 | Z437 | Z437 | | 2 Btn SV Blazer | | | .00 |
| | 70107419 | Z437 | Z437 | | 2 Btn SV Blazer | 6 | | .00 |
| | | | | | | 17 | | .00 |

| Cartons: 3 | Weight: 508 | Bill of Lading: ZE4F3790368955775 | | Total Units | 23 | | |
|---|---|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 636-625-1722          Customer Fax: 636-625-1726

Pick Ticket No's:  1

Special Instructions:

Based upon a guarantee received, the wearing apparel
deliv---d under this invoice complies with the provisions
of ·     4(A) of the Flammable Fabrics Act. Continuing
gu·     under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 81.93 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 81.93 |

# Neema Clothing, Ltd.
## 74-76 Gould Street

## Bayonne, NJ   07002

Phone:  201 858-2884          Fax:   201 858-0028

| Invoice | 1528668 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528668 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

**Bill-To:** Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

**Ship-To:** Bachrach #008       TWV
27228 Novi Road

Novi               MI  48377

Div: 1 Neema
DUNS Number  005986799      071309

| Customer PO Number | Dept | Terms | Sls Rep | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015-16-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | | | Total Units | 0 | | |
|---|---|---|---|---|---|---|---|
| Cartons: 26   Weight: 780   Bill of Lading: 081938920 | | | | | Merch | .00 |
| Thank you for your order. | | | | | Discount | .00 |
| Customer Phone: 248-344-1744      Customer Fax: 248-347-5814 | | | | | Freight | 1,205.10 |
| Pick Ticket No's: | | | | | Other Chgs | .00 |
| Special Instructions:   FREIGHT CHARGES 7/13/09 SHIPME | | | | | Sales Tax | .00 |
| | | | | | Returns | .00 |
| | | | | | Deposit | .00 |
| | | | | | Total | 1,205.10 |

Based upon a guarantee received, the wearing apparel
covered under this invoice complies with the provisions
of section 4(A) of the Flammable Fabrics Act. Continuing
guarantee under the Textile Fiber Identification Act filed
with the Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

WEB SITE:   www.ups.com
DATE:   07/13/2009          Page 1 of 1

UPS

CONSIGNEE
\`ACHRACH #008          TWV

UPS Freight cannot deliver to a P.O. Box

27228 NOVI ROAD
NOVI, MI 48377
US
PHONE: 2483441744

SHIPPER
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

BILL TO
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
- [✓] Prepaid
- [ ] Collect
- [ ] Third Party

Received $...............to be delivered in the prepayment of
the charges on the property described hereon. (agent or
cashier)...........................

[ ] **GUARANTEED DELIVERY REQUESTED (if box is checked)**
By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 26 | Pieces | | MENS CLOTHING | 780 | LBS | | 100 |
| 26 | | | | | | | |
| | | | TOTALS: | 780 | | | |

**SHIPPED AS:     HANDLING UNITS AND  26  LOOSE**

...arked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

Additional Services: (CHARGES MAY APPLY)
- [ ] CALL BEFORE DELIVERY
- [ ] CONSTRUCTION SITE DELIVERY
- [ ] HOLIDAY DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [ ] WEEKEND DELIVERY
- [ ] INSIDE DELIVERY
- [ ] LIFT GATE REQUIRED
- [ ] HOLIDAY PICKUP
- [ ] INSIDE PICKUP
- [ ] RESIDENTIAL PICKUP
- [ ] WEEKEND PICKUP
- [ ] SORT AND SEGREGATE Pieces

REFERENCE NUMBERS:

**COD FEE**
- [ ] Prepaid
- [ ] Collect

**COD AMT**
$

[ ] CONSIGNEE CHECK ACCEPTABLE
[ ] CERTIFIED CHECK OR CASH

REMIT COD CASH/ CHECK TO:

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed: or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 168 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a 'rate' is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of this shipment without payment
of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |

**MOO   081938920**

BEYOND SCAC:

CROSS REF
PRO #

[ ] SHIPPER LOAD/ UNLOAD

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Firm name:  Neema Clothing INC.

Signed by:_____

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

# Neema Clothing, Ltd.
## 74-76 Gould Street

## Bayonne, NJ  07002

Phone:  201 858-2884          Fax:  201 858-0028

| **Invoice** | **1528669** |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528669 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship-To:**  Bachrach #018          HUG
Houston Galleria IV   Ste 5400
5135 W. Alabama
Houston          TX 77056

Div: 1 Neema
DUNS Number  005986799          071309

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015-16-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons:  22 | Weight:  650 | Bill of Lading:  081939911 | | Total Units | 0 | Merch | .00 |
|---|---|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 713-626-4083          Customer Fax: 713-960-6057

Pick Ticket No's:

Special Instructions:    FREIGHT CHARGES 7/13/09

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of S     4(A) of the Flammable Fabrics Act. Continuing
gu       under the Textile Fiber Identification Act filed
with .    Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,554.61 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | 1,554.61 |

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

WEB SITE:  www.ups.com
DATE:  07/13/2009                                Page 1 of 1

**CONSIGNEE**
ACHRACH #018        HUG

*UPS Freight cannot deliver to a P.O. Box*

HOUSTON GALLERIA IV  STE 5400
5135 W. ALABAMA
HOUSTON, TX 77056
US
PHONE: 7136264083

**SHIPPER**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILL TO**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
[✓] Prepaid
[ ] Collect
[ ] Third Party

Received $..............to be delivered in the prepayment of
the charges on the property described hereon.  (agent or
cashier).................................

[ ] GUARANTEED DELIVERY REQUESTED (if box is checked)
By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 22 | Pieces | | MENS CLOTHING | 650 | LBS | | 100 |
| 22 | | | | | | | |
| | | | TOTALS: | 660 | | | |

**IPPED AS:    HANDLING UNITS AND  22  LOOSE**

...arked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

Additional
Services:
(CHARGES
MAY
APPLY)

[ ] CALL BEFORE DELIVERY
[ ] CONSTRUCTION SITE DELIVERY
[ ] HOLIDAY DELIVERY
[ ] RESIDENTIAL DELIVERY
[ ] WEEKEND DELIVERY
[ ] INSIDE DELIVERY

[ ] LIFT GATE REQUIRED
[ ] HOLIDAY PICKUP
[ ] INSIDE PICKUP
[ ] RESIDENTIAL PICKUP
[ ] WEEKEND PICKUP
[ ] SORT AND SEGREGATE
Pieces

REFERENCE NUMBERS:

| COD FEE | | COD AMT | | | REMIT COD CASH/ CHECK TO: |
|---|---|---|---|---|---|
| [ ] Prepaid | [ ] Collect | $ | | [ ] CONSIGNEE CHECK ACCEPTABLE | |
| | | | | [ ] CERTIFIED CHECK OR CASH | |

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed: or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per package per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rates tariff Item 166 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not be exceeding _____ per _____

**Shipper requests Excess Declared Value in the amount of $ _____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and described as
shown below, which carrier agrees to carry to destination, if on its route, or otherwise to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and its assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement, UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | | |
| | | | | BEYOND SCAC: | CROSS REF PRO # | |
| | | | | [ ] SHIPPER LOAD/ UNLOAD | | |

**MOO   081939911**

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name:  Neema Clothing INC.

Signed by:_____

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

# Neema Clothing, Ltd.
# 74-76 Gould Street

# Bayonne, NJ   07002

Phone:  201 858-2884          Fax:  201 858-0028

| Invoice | 1528670 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 1528670 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

**Ship-To:**  Bachrach #083          RSF
Roosevelt Field - Space 1108B
630 Old Country Road
Garden City          NY 11530

Div: 1 Neema
DUNS Number   005966799                    071309

| Customer PO Number | Dept. | Terms | Sts Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015-16-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons:  22 | Weight:  685 | Bill of Lading:  081949884 | | Total Units | 0 |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 516-747-1435          Customer Fax: 516-747-0124

Pick Ticket No's:

Special Instructions:    FREIGHT CHARGES 7/13/09

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 624.10 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 624.10 |

UPS WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

UPS

WEB SITE:   www.ups.com
DATE:   07/13/2009

Page 1 of 1

**CONSIGNEE**
BACHRACH #083        RSF

*UPS Freight cannot deliver to a P.O. Box*

ROOSEVELT FIELD - SPACE 1108B
630 OLD COUNTRY ROAD
GARDEN CITY, NY 11530
US
PHONE: 5167471435

**SHIPPER**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILL TO**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
- [x] Prepaid
- [ ] Collect
- [ ] Third Party

Received $................to be delivered in the prepayment of
the charges on the property described hereon.  (agent or
cashier)..................................

- [ ] **GUARANTEED DELIVERY REQUESTED (if box is checked)**

By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 22 | Pieces | | MENS CLOTHING | 685 | LBS | | 100 |
| 22 | | | | | | | |
| | | | | TOTALS: | 685 | | |

**SHIPPED AS:        HANDLING UNITS AND   22   LOOSE**

..rked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

Additional
Services:
(CHARGES
MAY
APPLY)

- [ ] CALL BEFORE DELIVERY
- [ ] CONSTRUCTION SITE DELIVERY
- [ ] HOLIDAY DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [ ] WEEKEND DELIVERY
- [ ] INSIDE DELIVERY

- [ ] LIFT GATE REQUIRED
- [ ] HOLIDAY PICKUP
- [ ] INSIDE PICKUP
- [ ] RESIDENTIAL PICKUP
- [ ] WEEKEND PICKUP
- [ ] SORT AND SEGREGATE
      Pieces

REFERENCE NUMBERS:

**COD FEE**
- [ ] Prepaid
- [ ] Collect

**COD AMT**
$

- [ ] **CONSIGNEE CHECK ACCEPTABLE**
- [ ] **CERTIFIED CHECK OR CASH**

REMIT COD CASH/ CHECK TO:

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 186 section 6 is limited $.10 to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (PAX) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per_____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

(Signature) _____

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |

**MOO   081949884**

- [ ] SHIPPER LOAD/ UNLOAD

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name: Neema Clothing INC.

Signed by: _____

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

## Neema Clothing, Ltd.
## 74-76 Gould Street

## Bayonne, NJ   07002

Phone:  201 858-2884         Fax:  201 858-0028

| Invoice | 1528671 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528671 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

 **Bill-To**  Bachrach Aquisition, LLC
1430 Broadway

New York              NY   10018

**Ship-To**  Bachrach #019        NSH
The Mall @ Green Hills
126 Abbott Martin Rd  #157
Nashville            TN 37215

Div:  1 Neema
DUNS Number   005986799        071309

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015-16-17-18-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons:  30    Weight:  810    Bill of Lading:  081950385 | Total Units: | 0 | Merch | .00 |
|---|---|---|---|---|

Thank you for your order.                                    Discount          .00

Customer Phone: 615-292-4916        Customer Fax: 615-292-4917    Freight    1,185.27

Pick Ticket No's:                                             Other Chgs       .00

Special Instructions:   FREIGHT CHARGES 7/13/09              Sales Tax        .00

Based upon a guarantee received, the wearing apparel       No Returns Accepted or Claims Allowed After 5    Returns         .00
delivered under this invoice complies with the provisions
of 5      4(A) of the Flammable Fabrics Act. Continuing     Days From Date of Receipt of Shipment.  All     Deposit         .00
gu      under the Textile Fiber Identification Act filed
with      Consumer Product Safety Commission.               Returns Require Prior Written Approval.

| Total | 1,185.27 |
|---|---|

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
UPS FREIGHT (UPGF)

(ups)

WEB SITE:   www.ups.com
DATE:   07/13/2009

Page 1 of 1

**CONSIGNEE**
BACHRACH #019      NSH

UPS Freight cannot deliver to a P.O. Box

THE MALL @ GREEN HILLS
128 ABBOTT MARTIN RD #157
NASHVILLE, TN 37215
US
PHONE: 6152924916

**SHIPPER**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILL TO**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

BILLING METHOD
- [x] Prepaid
- [ ] Collect
- [ ] Third Party

Received $..............to be delivered in the prepayment of the
charges on the property described hereon.  (agent or
cashier)................................

- [ ] GUARANTEED DELIVERY REQUESTED (if box is checked)
By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 30 | Pieces | | MENS CLOTHING | 810 | LBS | | 100 |
| 30 | | | | | | | |
| | | | | TOTALS: | 810 | | |

SHIPPED AS:      **HANDLING UNITS AND   30   LOOSE**

...ked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation

Hazardous Material Emergency Contact Number:

Additional
Services:
(CHARGES
MAY
APPLY)
- [ ] CALL BEFORE DELIVERY
- [ ] CONSTRUCTION SITE DELIVERY
- [ ] HOLIDAY DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [x] WEEKEND DELIVERY
- [ ] INSIDE DELIVERY

- [ ] LIFT GATE REQUIRED
- [ ] HOLIDAY PICKUP
- [ ] INSIDE PICKUP
- [ ] RESIDENTIAL PICKUP
- [ ] WEEKEND PICKUP
- [ ] SORT AND SEGREGATE
       Pieces

REFERENCE NUMBERS:

| COD FEE | | | COD AMT | | | REMIT COD CASH/ CHECK TO: |
|---|---|---|---|---|---|---|
| [ ] Prepaid | [ ] Collect | $ | | [ ] CONSIGNEE CHECK ACCEPTABLE | | |
| | | | | [ ] CERTIFIED CHECK OR CASH | | |

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and provided charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 168 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per_____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above is received in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

_____ (Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |

**MOO   081950385**

[barcode]

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name:  Neema Clothing INC.

Signed by:_____

- [ ] SHIPPER LOAD/ UNLOAD

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

## Neema Clothing, Ltd.
## 74-76 Gould Street

## Bayonne, NJ   07002

Phone:  201 858-2884          Fax:  201 858-0028

| **Invoice** | **1528672** |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528672 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

**Bill To:**
Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship To:**
Bachrach #025          MFR
Mayfair Mall
2500 N. Mayfair Road
Wauwatosa          WI 53226

Div:  1 Neema
DUNS Number   005986799                    071309

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015-16-17-18-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Cartons:  33      Weight:  910      Bill of Lading:  081948370

Total Units                    0

Thank you for your order.

Customer Phone: 414-257-4055          Customer Fax: 414-257-4163

Pick Ticket No's:

Special Instructions:   FREIGHT CHARGES 7/13/09

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of Section 4(A) of the Flammable Fabrics Act. Continuing
guar     .nder the Textile Fiber Identification Act filed
with     .nsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,123.20 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **1,123.20** |

UPS  WS11.0.15
STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE
UPS FREIGHT (UPGF)

**WEB SITE:** www.ups.com
**DATE:** 07/13/2009    Page 1 of 1

| CONSIGNEE | SHIPPER | BILL TO |
|---|---|---|
| BACHRACH #025     MFR | NEEMA CLOTHING INC. | NEEMA CLOTHING INC. |
| | ATTENTION: KEN MEILE | ATTENTION: KEN MEILE |
| UPS Freight cannot deliver to a P.O. Box | | |
| | 169 PULASKI ST | 169 PULASKI ST |
| MAYFAIR MALL | BAYONNE, NJ 070025003 | BAYONNE, NJ 070025003 |
| 2500 N. MAYFAIR ROAD | US | US |
| WAUWATOSA, WI 53226 | PHONE: 2018582884 | PHONE: 2018582884 |
| US | | |
| PHONE: 4142574055 | | |

**BILLING METHOD**
- [x] Prepaid
- [ ] Collect
- [ ] Third Party

Received $.............to be delivered in the prepayment of
the charges on the property described hereon. (agent or
cashier)................................

- [ ] GUARANTEED DELIVERY REQUESTED (if box is checked)

By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 33 | Pieces | | MENS CLOTHING | 910 | LBS | | 100 |
| 33 | | | | | | | |
| | | | | TOTALS: | 910 | | |

**SHIPPED AS:    HANDLING UNITS AND   33   LOOSE**

Marked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

**Additional Services: (CHARGES MAY APPLY)**
- [ ] CALL BEFORE DELIVERY
- [ ] CONSTRUCTION SITE DELIVERY
- [ ] HOLIDAY DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [ ] WEEKEND DELIVERY
- [ ] INSIDE DELIVERY

- [ ] LIFT GATE REQUIRED
- [ ] HOLIDAY PICKUP
- [ ] INSIDE PICKUP
- [ ] RESIDENTIAL PICKUP
- [ ] WEEKEND PICKUP
- [ ] SORT AND SEGREGATE
      Pieces

**REFERENCE NUMBERS:**

| COD FEE | | COD AMT | | REMIT COD CASH/ CHECK TO: |
|---|---|---|---|---|
| [ ] Prepaid   [ ] Collect | | $ | [ ] CONSIGNEE CHECK ACCEPTABLE [ ] CERTIFIED CHECK OR CASH | |

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability in the applicable governing tariff, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff Item 166 Section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____.

**Shipper requests Excess Declared Value in the amount of $ _____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |

**MOO   081948370**

[ ] SHIPPER LOAD/ UNLOAD

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name: Neema Clothing INC.

Signed by: _____

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ  07002**

Phone: 201 858-2884        Fax:  201 858-0028

| INVOICE | 1528673 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528673 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

**Bill To:**
Bachrach Aquisition, LLC
1430 Broadway

New York            NY   10018

**Ship To:**
Bachrach #027        ORL
Orland Square Shopping Center
644 Orland Square, F-11
Orland Park        IL   60462

Div: 1 Neema
DUNS Number   005986799                071309

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015-16-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons:  20 | Weight:  580 | Bill of Lading:  081948591 | Total Units | 0 | Merch | .00 |
|---|---|---|---|---|---|---|

Thank you for your order.

| | | Discount | .00 |
|---|---|---|---|

Customer Phone:  708-460-5656        Customer Fax:  708-460-6442

| | Freight | 751.56 |
|---|---|---|

Pick Ticket No's:

| | Other Chgs | .00 |
|---|---|---|

Special Instructions:    FREIGHT CHARGES 7/13/09

| | Sales Tax | .00 |
|---|---|---|

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of S_____ 4(A) of the Flammable Fabrics Act. Continuing gu_____ under the Textile Fiber Identification Act filed with _____onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment. All Returns Require Prior Written Approval.

| | Returns | .00 |
|---|---|---|
| | Deposit | .00 |

| Total | 751.56 |
|---|---|

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

UPS

WEB SITE:   www.ups.com
DATE:   07/13/2009                      Page 1 of 1

**CONSIGNEE**
BACHRACH #027        ORL

*UPS Freight cannot deliver to a P.O. Box*

ORLAND SQUARE SHOPPING CENTER
644 ORLAND SQUARE  F-11
ORLAND PARK, IL 60462
US
PHONE: 7084605656

**SHIPPER**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILL TO**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
[✓] Prepaid
[ ] Collect
[ ] Third Party
Received $................to be delivered in the prepayment of
the charges on the property described hereon. (agent or
cashier)...................................

[ ] **GUARANTEED DELIVERY REQUESTED (if box is checked)**

By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 20 | Pieces | | MENS CLOTHING | 580 | LBS | | 100 |
| 20 | | | | | | | |
| | | | | TOTALS: | 580 | | |

**SHIPPED AS:     HANDLING UNITS AND   20  LOOSE**

.arked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

**Additional Services:**
**(CHARGES MAY APPLY)**

[ ] CALL BEFORE DELIVERY
[ ] CONSTRUCTION SITE DELIVERY
[ ] HOLIDAY DELIVERY
[ ] RESIDENTIAL DELIVERY
[ ] WEEKEND DELIVERY
[ ] INSIDE DELIVERY

[ ] LIFT GATE REQUIRED
[ ] HOLIDAY PICKUP
[ ] INSIDE PICKUP
[ ] RESIDENTIAL PICKUP
[ ] WEEKEND PICKUP
[ ] SORT AND SEGREGATE
     Pieces

**REFERENCE NUMBERS:**

**COD FEE**
[ ] Prepaid          [ ] Collect

**COD AMT**
$

[ ] **CONSIGNEE CHECK ACCEPTABLE**
[ ] **CERTIFIED CHECK OR CASH**

**REMIT COD CASH/ CHECK TO:**

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 166 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependent on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding_____per_____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above in apparel good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

**(Signature)**

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |

**MOO   081948591**

| BEYOND SCAC: | CROSS REF PRO # |
|---|---|
| [ ] SHIPPER LOAD/ UNLOAD | |

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name: Neema Clothing INC.

Signed by:_____

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

# Neema Clothing, Ltd.
# 74-76 Gould Street

## Bayonne, NJ  07002

Phone:  201 858-2884          Fax:  201 858-0028

**Bill To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

**Ship To:**  Bachrach #064        SOM
Sommerset Collection N. #S-204
2800 W. Big Beaver Rd
Troy                        MI  48084

| Invoice | 1528674 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528674 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

Div: 1 Neema
DUNS Number  005986799        071309

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015-16-17-18-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Cartons:  35   Weight: 1055   Bill of Lading:  081950201 | Total Units | 0 | Merch | .00 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 248-649-3399          Customer Fax: 248-649-5984

Pick Ticket No's:

Special Instructions:   FREIGHT CHARGES 7/13/09

| | | |
|---|---|---|
| Merch | | .00 |
| Discount | | .00 |
| Freight | | 1,360.53 |
| Other Chgs | | .00 |
| Sales Tax | | .00 |
| Returns | | .00 |
| Deposit | | .00 |
| Total | | 1,360.53 |

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing guarantee under the Textile Fiber Identification Act filed with Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval.

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

WEB SITE:   www.ups.com
DATE:   07/13/2009                                                    Page 1 of 1

**CONSIGNEE**
BACHRACH #064        SOM

**SHIPPER**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

**BILL TO**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

*UPS Freight cannot deliver to a P.O. Box*

SOMMERSET COLLECTION N. #S-204
2800 W. BIG BEAVER RD
TROY, MI 48084
US
PHONE: 2486493399

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
[✓] Prepaid
[ ] Collect
[ ] Third Party

Received $................to be delivered in the prepayment of the charges on the property described hereon. (agent or cashier).....................................

[ ] GUARANTEED DELIVERY REQUESTED (if box is checked)
By checking this box, the Payer requests UPS Freight to guarantee delivery of this shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30 minimum) above the cost normally incurred with this service. Payer will not be liable for payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 35 | Pieces | | MENS CLOTHING | 1055 | LBS | | 100 |
| 35 | | | | | | | |

| | | | | TOTALS: | 1055 | | |

**SHIPPED AS:   HANDLING UNITS AND   35   LOOSE**

...rked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

Additional Services:
(CHARGES MAY APPLY)
[ ] CALL BEFORE DELIVERY
[ ] CONSTRUCTION SITE DELIVERY
[ ] HOLIDAY DELIVERY
[ ] RESIDENTIAL DELIVERY
[ ] WEEKEND DELIVERY
[ ] INSIDE DELIVERY

[ ] LIFT GATE REQUIRED
[ ] HOLIDAY PICKUP
[ ] INSIDE PICKUP
[ ] RESIDENTIAL PICKUP
[ ] WEEKEND PICKUP
[ ] SORT AND SEGREGATE Pieces

REFERENCE NUMBERS:

COD FEE
[ ] Prepaid    [ ] Collect

COD AMT
$

[ ] CONSIGNEE CHECK ACCEPTABLE
[ ] CERTIFIED CHECK OR CASH

REMIT COD CASH / CHECK TO:

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of: (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3) the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than s new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF Rules tariff item 198 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the current tariff UPGF 102 series for complete details. Where a "rate" is dependent on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property described above is apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists, carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.

_____
(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | | |
| | | | | BEYOND SCAC: | | CROSS REF PRO # |
| | | | | [ ] SHIPPER LOAD/ UNLOAD | | |

**MOO   081950201**

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Firm name:  Neema Clothing INC.

Signed by:_____

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone:  201 858-2884          Fax:  201 858-0028

| **INVOICE** | **1528675** |
|---|---|
| | Page:  1 |

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528675 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/18/09 |

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York                 NY   10018

Ship-To:  Bachrach #079          WFL
J-106 Woodfield Mall

Schaumburg            IL   60173

Div:  1 Neema
DUNS Number   005986799                    071309

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015-16-17-18-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Cartons:  41   Weight: 1225   Bill of Lading:  081949582

Thank you for your order.

Customer Phone: 847-413-8514          Customer Fax:  847-413-4109

Pick Ticket No's:

Special Instructions:   FREIGHT CHARGES 7/13/09

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Se       4(A) of the Flammable Fabrics Act. Continuing gua        under the Textile Fiber Identification Act filed with        onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | Total Units | 0 |
|---|---|---|

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 1,326.31 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | 1,326.31 |

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

(UPS)

WEB SITE:  www.ups.com
DATE:  07/13/2009                     Page 1 of 1

**CONSIGNEE**
BACHRACH #079        WFL

*UPS Freight cannot deliver to a P.O. Box*

J-108 WOODFIELD MALL
SCHAUMBURG, IL 60173
US
PHONE: 8474138514

**SHIPPER**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILL TO**
NEEMA CLOTHING INC.
ATTENTION: KEN MEILE

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
☑ Prepaid
☐ Collect
☐ Third Party

Received $..............to be delivered in the prepayment of
the charges on the property described hereon. (agent or
cashier)..................................

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)

By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 41 | Pallet | | MENS CLOTHING | 1225 | LBS | | 100 |
| 41 | | | | | | | |

TOTALS: 1225

**SHIPPED AS:**     HANDLING UNITS AND  41  LOOSE

...ked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

**Additional Services:**
(CHARGES MAY APPLY)

☐ CALL BEFORE DELIVERY
☐ CONSTRUCTION SITE DELIVERY
☐ HOLIDAY DELIVERY
☑ RESIDENTIAL DELIVERY
☑ WEEKEND DELIVERY
☑ INSIDE DELIVERY

☐ LIFT GATE REQUIRED
☐ HOLIDAY PICKUP
☐ INSIDE PICKUP
☐ RESIDENTIAL PICKUP
☐ WEEKEND PICKUP
☐ SORT AND SEGREGATE
      Pieces

REFERENCE NUMBERS:

**COD FEE**
☐ Prepaid     ☐ Collect

**COD AMT**
$

☐ CONSIGNEE CHECK ACCEPTABLE
☐ CERTIFIED CHECK OR CASH

REMIT COD CASH/ CHECK TO:

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is requested. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for specific commodities or articles described in the UPGF rules tariff item 166 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
package when Excess Declared Value Coverage is requested. Liability for specific commodities or articles described in the UPGF rules tariff item 166 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. **Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per_____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request: *** the property
described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination. If on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

(Signature) _____

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |

**MOO  081949582**

☐ SHIPPER LOAD/ UNLOAD

Thi...to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name:  Neema Clothing INC.

Signed by: _____

UPS Freight will have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

| INVOICE | 1528676 |
|---------|---------|

Page:   1

Phone:  201 858-2884          Fax:   201 858-0028

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

| Invoice No. | Invoice Date |
|-------------|--------------|
| 1528676 | 7/13/09 |

| Customer Account No. | Approval No. |
|----------------------|--------------|
| BACH18 | |

| Customer DUNS No. | Due Date |
|-------------------|----------|
| | 7/18/09 |

**Ship-To:**  Bachrach #016        KEY
The Fashion Mall    Space 104
8702 Keystone Crossing
Indianapolis              IN  46240

Div: 1 Neema
DUNS Number   005986799                 071309

| Customer PO Number | Dept. | Terms | Sls. Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|--------------------|-------|-------|-----------|------------|------------|-----------------|------------|
| 65015-16-17-18-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | | | | | | | | |

| Cartons:  27    Weight:  730    Bill of Lading:  081949210 | Total Units | 0. | | |
|---|---|---|---|---|
| Thank you for your order. | | | Merch | .00 |
| | | | Discount | .00 |
| Customer Phone: 317-582-1787         Customer Fax:  317-582-1789 | | | Freight | 901.19 |
| Pick Ticket No's: | | | Other Chgs | .00 |
| Special Instructions:    FREIGHT CHARGES 7/13/09 | | | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act  Continuing g      e under the Textile Fiber Identification Act filed w.       Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | | Returns | .00 |
| | | | Deposit | .00 |
| | | | Total | 901.19 |

UPS  WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
UPS FREIGHT (UPGF)

WEB SITE:   www.ups.com
DATE:  07/13/2009
Page 1 of 1

| CONSIGNEE | SHIPPER | BILL TO |
|---|---|---|
| BACHRACH #016   KEY | NEEMA CLOTHING INC. | NEEMA CLOTHING INC. |
| | ATTENTION: KEN MEILE | ATTENTION: KEN MEILE |

*UPS Freight cannot deliver to a P.O. Box*

THE FASHION MALL   SPACE 104
8702 KEYSTONE CROSSING
INDIANAPOLIS, IN 46240
US
PHONE: 3175821787

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
[x] Prepaid
[ ] Collect
[ ] Third Party

Received $.............to be delivered in the prepayment of the charges on the property described hereon. (agent or cashier)...............

[ ] GUARANTEED DELIVERY REQUESTED (if box is checked)
By checking this box, the Payer requests UPS Freight to guarantee delivery of this shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30 minimum) above the cost normally incurred with this service. Payer will not be liable for payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 27 | Pieces | | MENS CLOTHING | 730 | LBS | | 100 |
| 27 | | | | TOTALS: 730 | | | |

**SHIPPED AS:   HANDLING UNITS AND   27  LOOSE**

...arked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

Additional Services: (CHARGES MAY APPLY)
[ ] CALL BEFORE DELIVERY
[ ] CONSTRUCTION SITE DELIVERY
[ ] HOLIDAY DELIVERY
[ ] RESIDENTIAL DELIVERY
[ ] WEEKEND DELIVERY
[ ] INSIDE DELIVERY
[ ] LIFT GATE REQUIRED
[ ] HOLIDAY PICKUP
[ ] INSIDE PICKUP
[ ] RESIDENTIAL PICKUP
[ ] WEEKEND PICKUP
[ ] SORT AND SEGREGATE Pieces

REFERENCE NUMBERS:

| COD FEE | COD AMT | | REMIT COD CASH/ CHECK TO: |
|---|---|---|---|
| [ ] Prepaid  [ ] Collect | $ | [ ] CONSIGNEE CHECK ACCEPTABLE  [ ] CERTIFIED CHECK OR CASH | |

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3) the limited liability as stated in the applicable governing tariffs, unless "Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited to $25.00 per package and $100,000 per shipment. Liability for commodities or articles other than those described is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 166 section 5 is limited to $2.00 per package. Liabilities for commodities or articles subject to exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. **Refer to the current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____.

**Shipper requests Excess Declared Value in the amount of $ _____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists, carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |
| | | | | [ ] SHIPPER LOAD/ UNLOAD | |

**MOO   081949210**

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and is in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Firm name: Neema Clothing INC.
Signed by:

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.
Carrier: UPS Freight
Date Received:
Driver:
UPS Freight Piece Count

# Neema Clothing, Ltd.
# 74-76 Gould Street

## Bayonne, NJ  07002

Phone: 201 858-2884          Fax:  201 858-0028

| Invoice | 1528677 |
|---------|---------|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|-------------|--------------|
| 1528677 | 7/13/09 |

| Customer Account No. | Approval No. |
|----------------------|--------------|
| BACH18 | |

| Customer DUNS No. | Due Date |
|-------------------|----------|
| | 7/18/09 |

**Bill To:**
Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship To:**
Bachrach #089          PGN
Fashion Center @ Pentagon
1100 S. Hayes St.  # Y02
Arlington          VA 22202

Div: 1 Neema
DUNS Number   005986799          071309

| Customer PO Number | Dept. | Terms | S/s Reps | Log Number | Vendor No. | Shipping Method | As-of Date |
|--------------------|-------|-------|----------|------------|------------|-----------------|------------|
| 65015-16-17-18-19 | | 5 Days RO Inv. | 999 | 0000000 | | UP Freight | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|--------------|------------|-------|------------|--------------|-------------|-------------|-----------|-----------|
| | | | | | | | | |

| Cartons:  43 | Weight: 1240 | Bill of Lading:  081941241 | Total Units | 0 | Merch | .00 |
|---|---|---|---|---|---|---|

Thank you for your order.

| | | Discount | .00 |
|--|--|----------|-----|

Customer Phone: 703-413-5068          Customer Fax: 703-413-2034

| | Freight | 1,518.63 |

Pick Ticket No's:

| | Other Chgs | .00 |

Special Instructions:   FREIGHT CHARGES 7/13/09

| | Sales Tax | .00 |

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of Section 4(A) of the Flammable Fabrics Act. Continuing gu_____ under the Textile Fiber Identification Act filed wil_ _____ Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment. All Returns Require Prior Written Approval.

| | Returns | .00 |
| | Deposit | .00 |
| | **Total** | **1,518.63** |

**UPS  WS11.0.15**
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

WEB SITE:   www.ups.com    Page 1 of 1
DATE:  07/13/2009

| CONSIGNEE | | | SHIPPER | BILL TO |
|---|---|---|---|---|
| BACHRACH #089 | | PGN | NEEMA CLOTHING INC. | NEEMA CLOTHING INC. |
| | | | ATTENTION: KEN MEILE | ATTENTION: KEN MEILE |

*UPS Freight cannot deliver to a P.O. Box.*

FASHION CENTER @ PENTAGON
**1100 S. HAYES ST.  # Y02**
ARLINGTON, VA 22202
US
PHONE: 7034135068

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

169 PULASKI ST
BAYONNE, NJ 070025003
US
PHONE: 2018582884

**BILLING METHOD**
☑ Prepaid
☐ Collect
☐ Third Party

Received $............to be delivered in the prepayment of
the charges on the property described hereon.  (agent or
cashier).................................................

☐ **GUARANTEED DELIVERY REQUESTED (if box is checked)**

By checking this box, the Payer requests UPS Freight to guarantee delivery of this
shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30
minimum) above the cost normally incurred with this service. Payer will not be liable for
payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 43 | Pieces | | MENS CLOTHING | 1240 | LBS | | 100 |
| 43 | | | | | | | |
| | | | TOTALS: | 1240 | | | |

**SHIPPED AS:     HANDLING UNITS AND   43   LOOSE**

marked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

| Additional Services: (CHARGES MAY APPLY) | | |
|---|---|---|
| ☐ CALL BEFORE DELIVERY | ☐ LIFT GATE REQUIRED | REFERENCE NUMBERS: |
| ☐ CONSTRUCTION SITE DELIVERY | ☐ HOLIDAY PICKUP | |
| ☐ HOLIDAY DELIVERY | ☐ INSIDE PICKUP | |
| ☐ RESIDENTIAL DELIVERY | ☐ RESIDENTIAL PICKUP | |
| ☐ WEEKEND DELIVERY | ☐ WEEKEND PICKUP | |
| ☐ INSIDE DELIVERY | ☐ SORT AND SEGREGATE Pieces | |

| COD FEE | | COD AMT | | |
|---|---|---|---|---|
| ☐ Prepaid   ☐ Collect | | $ | ☐ CONSIGNEE CHECK ACCEPTABLE | REMIT COD CASH/ CHECK TO: |
| | | | ☐ CERTIFIED CHECK OR CASH | |

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (3)
the limited liability as stated in the applicable governing tariffs, unless "Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges
are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per
package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 168 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to
exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the
current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____.

**Shipper requests Excess Declared Value in the amount of $ _____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property
described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as
shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every
service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the
conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists,
carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the
consignee without recourse on the consignor, the consignor shall sign the following
statement. UPS Freight may decline to make delivery of the shipment without payment
of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |
| | | | | ☐ SHIPPER LOAD/ UNLOAD | |

**MOO   081941241**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled
and are in proper condition for transportation according to the applicable regulations of the Department of
Transportation.

Firm name: Neema Clothing INC.

Signed by: _____

UPS Freight shall have no liability or responsibility whatsoever in connection with this
bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone:  201 858-2884          Fax:  201 858-0028

| Invoice | 1528735 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528735 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

**Bill To:** Bachrach Aquisition, LLC
1430 Broadway

New York          NY   10018

**Ship To:** Bachrach #031          STB
Stonbriar Center - Space 2148
2601 Preston Road
Frisco          TX 75034

Div: 1 Neema                    U
DUNS Number    005986799        071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1184702 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACITABK | A11 | Assorted S | | Assorted Suit | 22 | | .00 |
| | BACITABN | A11 | Assorted S | | Assorted Suit | 8 | | .00 |
| | BACITAGY | A11 | Assorted S | | Assorted Suit | 2 | | .00 |
| | BACITANV | A11 | Assorted S | | Assorted Suit | 8 | | .00 |

| Cartons:  4 | Weight:  567 | Bill of Lading:  ZE4F3790369818902 | Total Units | 40 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 469-633-0500          Customer Fax: 214-387-9167

Pick Ticket No's:   1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of Section 4(A) of the Flammable Fabrics Act. Continuing
gu...       under the Textile Fiber Identification Act filed
with... ...onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 167.20 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 167.20 |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone:  201 858-2884        Fax:  201 858-0028

| INVOICE | 1528736 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528736 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York              NY   10018

Ship-To:  Bachrach #037        SLK
2046 Westfield Shoppingtown
Southlake
Merrillville            IN   46410

Div: 1 Neema                                    U
DUNS Number    005986799              071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1184703 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACITABK | A11 | Assorted S | | Assorted Suit | 35 | | .00 |
| | BACITABN | A11 | Assorted S | | Assorted Suit | 19 | | .00 |
| | BACITAGY | A11 | Assorted S | | Assorted Suit | 6 | | .00 |
| | BACITANV | A11 | Assorted S | | Assorted Suit | 15 | | .00 |

| Cartons:   8     Weight:  906     Bill of Lading:   ZE4F3790369149911 | Total Units | 75 | Merch | .00 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 219-769-4927        Customer Fax: 219-769-4930

Pick Ticket No's:   1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of S      n 4(A) of the Flammable Fabrics Act. Continuing
g        under the Textile Fiber Identification Act filed
wi.     Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Discount | .00 |
|---|---|
| Freight | 279.50 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **279.50** |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone:  201 858-2884          Fax:   201 858-0028

| **INVOICE** | 1528737 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528737 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

**Bill To:**
Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

**Ship To:**
Bachrach #090          HML
Hamilton Town Center
13170 Harrell Pkwy  Space A15
Noblesville              IN   46060

Div: 1 Neema                              U
DUNS Number  005986799           071409

| Customer P.O. Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1184710 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACITABK | A11 | Assorted S | | Assorted Suit | 17 | | .00 |
| | BACITABN | A11 | Assorted S | | Assorted Suit | 9 | | .00 |
| | BACITAGY | A11 | Assorted S | | Assorted Suit | 4 | | .00 |
| | BACITANV | A11 | Assorted S | | Assorted Suit | 9 | | .00 |

| Cartons:  4     Weight:  530     Bill of Lading:   ZE4F3790368195953 | Total Units | 39 | Merch | .00 |
|---|---|---|---|---|
| Thank you for your order. | | | Discount | .00 |
| Customer Phone: 317-674-0140          Customer Fax:  317-674-0143 | | | Freight | 113.96 |
| Pick Ticket No's:    1 | | | Other Chgs | .00 |
| Special Instructions: | | | Sales Tax | .00 |
| Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of  Section 4(A) of the Flammable Fabrics Act. Continuing Guarantee under the Textile Fiber Identification Act filed with the Consumer Product Safety Commission. | No Returns Accepted or Claims Allowed After 5 Days From Date of Receipt of Shipment.  All Returns Require Prior Written Approval. | | Returns | .00 |
| | | | Deposit | .00 |
| | | | **Total** | **113.96** |

## Neema Clothing, Ltd.
## 74-76 Gould Street

## Bayonne, NJ  07002

Phone:  201 858-2884          Fax:  201 858-0028

| **Invoice** | **1528738** |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York          NY  10018

**Ship-To:**  Bachrach #095          MED
Meadows @ Lake St. Louis
10 Meadows Circle Dr.  #104
Lake Saint Louis          MO63367

| Invoice No. | Invoice Date |
|---|---|
| 1528738 | 7/13/09 |
| Customer Account No. | Approval No. |
| BACH18 | 070909 |
| Customer DUNS No. | Due Date |
| | 7/14/09 |

Div: 1 Neema                                    U
DUNS Number   005986799            071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65015 | | Consignment | 999 | 1184711 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | BACITABK | A11 | Assorted S | | Assorted Suit | 19 | | .00 |
| | BACITABN | A11 | Assorted S | | Assorted Suit | 8 | | .00 |
| | BACITAGY | A11 | Assorted S | | Assorted Suit | 3 | | .00 |
| | BACITANV | A11 | Assorted S | | Assorted Suit | 9 | | .00 |

| Cartons:  4    Weight:  508    Bill of Lading:  ZE4F3790367080533 | | | Total Units    39 | | |
|---|---|---|---|---|---|

Thank you for your order.

Customer Phone: 636-625-1722          Customer Fax: 636-625-1726

Pick Ticket No's:   1

Special Instructions:

Based upon a guarantee received, the wearing apparel delivered under this invoice complies with the provisions of F...   ...n 4(A) of the Flammable Fabrics Act. Continuing gu...   ...  under the Textile Fiber Identification Act filed wi...   ...  Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 109.24 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **109.24** |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone:  201 858-2884          Fax:   201 858-0028

| Invoice | 1528739 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill-To:**  Bachrach Aquisition, LLC
1430 Broadway

New York              NY   10018

**Ship-To:**  Bachrach #031        STB
Stonbriar Center - Space 2148
2601 Preston Road
Frisco      TX 75034

| Invoice No. | Invoice Date |
|---|---|
| 1528739 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

Div: 1 Neema                                        U
DUNS Number  005986799          071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | | Consignment | 999 | 1184732 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | X99255GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99258GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 4 | | .00 |
| | X99258GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 2 | | .00 |
| | X99269GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99269GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 2 | | .00 |
| | X99273GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 1 | | .00 |
| | X99280GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 1 | | .00 |

| Cartons:   1      Weight:  567      Bill of Lading:   ZE4F3790368586843 | Total Units | 16 |
|---|---|---|

Thank you for your order.

Customer Phone: 469-633-0500          Customer Fax:  214-387-9167

Pick Ticket No's:   1
Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of ~~Section~~ 4(A) of the Flammable Fabrics Act. Continuing
~~guarant~~ee under the Textile Fiber Identification Act filed
w... ...e Consumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 11.37 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **11.37** |

**Neema Clothing, Ltd.**
**74-76 Gould Street**

**Bayonne, NJ   07002**

Phone: 201 858-2884        Fax:  201 858-0028

| **Invoice** | **1528740** |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528740 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

Bill-To:  Bachrach Aquisition, LLC
1430 Broadway

New York               NY  10018

Ship-To:  Bachrach #037      SLK
2046 Westfield Shoppingtown
Southlake
Merrillville          IN  46410

Div: 1 Neema                                U
DUNS Number 005986799                 071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65019 | | Consignment | 999 | 1184734 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | X99255GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99258GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 4 | | .00 |
| | X99258GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 2 | | .00 |
| | X99269GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99269GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 2 | | .00 |
| | X99273GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99280GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 2 | | .00 |

| Cartons:  1 | Weight:  906 | Bill of Lading:  ZE4F3790368805230 | Total Units | 19 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 219-769-4927        Customer Fax: 219-769-4930

Pick Ticket No's:  1

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of S▒▒▒▒ 4(A) of the Flammable Fabrics Act. Continuing
gu▒      under the Textile Fiber Identification Act filed
wit▒.  ▒onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Merch | .00 |
|---|---|
| Discount | .00 |
| Freight | 9.89 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| **Total** | **9.89** |

# Neema Clothing, Ltd.
## 74-76 Gould Street

### Bayonne, NJ   07002

Phone: 201 858-2884        Fax:   201 858-0028

| Invoice | 1528741 |
|---|---|

Page:   1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

**Bill To:**
Bachrach Aquisition, LLC
1430 Broadway

New York                    NY   10018

| Invoice No. | Invoice Date |
|---|---|
| 1528741 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

**Ship To:**
Bachrach #090        HML
Hamilton Town Center
13170 Harrell Pkwy  Space A15
Noblesville        IN  46060

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

Div: 1 Neema                                U
DUNS Number  005986799              071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As of Date |
|---|---|---|---|---|---|---|---|
| 65019 | | Consignment | 999 | 1184740 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | X99255GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 1 | | .00 |
| | X99258GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 1 | | .00 |
| | X99258GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 4 | | .00 |
| | X99269GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 2 | | .00 |
| | X99269GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 3 | | .00 |
| | X99273GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 1 | | .00 |
| | X99280GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 1 | | .00 |

| Cartons:  1 | Weight:  530 | Bill of Lading:  ZE4F3790367508652 | Total Units | 13 |
|---|---|---|---|---|

Thank you for your order.

Customer Phone: 317-674-0140            Customer Fax:  317-674-0143

Pick Ticket No's:   2

Special Instructions:

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of Section 4(A) of the Flammable Fabrics Act, Continuing
gu      under the Textile Fiber Identification Act filed
wi       onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| | |
|---|---|
| Merch | .00 |
| Discount | .00 |
| Freight | 28.49 |
| Other Chgs | .00 |
| Sales Tax | .00 |
| Returns | .00 |
| Deposit | .00 |
| Total | 28.49 |

# Neema Clothing, Ltd.
## 74-76 Gould Street

### Bayonne, NJ   07002

Phone: 201 858-2884        Fax:  201 858-0028

| Invoice | 1528742 |
|---|---|

Page:  1

Make check payable to:

Neema Clothing, Ltd.
201 858-0028
74-76 Gould Street
Bayonne, NJ 07002

| Invoice No. | Invoice Date |
|---|---|
| 1528742 | 7/13/09 |

| Customer Account No. | Approval No. |
|---|---|
| BACH18 | 070909 |

| Customer DUNS No. | Due Date |
|---|---|
| | 7/14/09 |

**Bill-To** Bachrach Aquisition, LLC
1430 Broadway

New York                    NY  10018

**Ship-To** Bachrach #095       MED
Meadows @ Lake St. Louis
10 Meadows Circle Dr.  #104
Lake Saint Louis          MO63367

Div: 1 Neema                          U
DUNS Number  005986799          071409

| Customer PO Number | Dept. | Terms | Sls Reps | Log Number | Vendor No. | Shipping Method | As-of-Date |
|---|---|---|---|---|---|---|---|
| 65019 | | Consignment | 999 | 1184741 | | UPS Ground | 0/00/00 |

| Customer Lot | Lot Number | Model | Model Name | Garment Type | Description | Total Units | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | X99258GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99258GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 1 | | .00 |
| | X99269GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 3 | | .00 |
| | X99269GB | 085B | Oxford Pla | WP | Oxford Plain Front Trouser Big | 1 | | .00 |
| | X99273GB | 085 | Oxford Pla | WP | Oxford Plain Front Trouser | 2 | | .00 |

| Cartons:  1    Weight:  508    Bill of Lading:  ZE4F3790367934665 | Total Units        10 | Merch | .00 |
|---|---|---|---|

Thank you for your order.

| | Discount | .00 |
|---|---|---|
| Customer Phone: 636-625-1722       Customer Fax: 636-625-1726 | Freight | 27.31 |
| Pick Ticket No's:   1 | Other Chgs | .00 |
| Special Instructions: | Sales Tax | .00 |

Based upon a guarantee received, the wearing apparel
delivered under this invoice complies with the provisions
of Section 4(A) of the Flammable Fabrics Act. Continuing
g̲... under the Textile Fiber Identification Act filed
wi... onsumer Product Safety Commission.

No Returns Accepted or Claims Allowed After 5
Days From Date of Receipt of Shipment.  All
Returns Require Prior Written Approval.

| Returns | .00 |
|---|---|
| Deposit | .00 |
| **Total** | **27.31** |