# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP

### COUNSELORS AT LAW

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM

PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

☐ If checked, reply to
New Jersey Office

March 1, 2010

**Via Overnight Mail**
The Honorable Stuart M. Bernstein
Chief United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

> Re: Bachrach Acquisition, LLC (the "Debtor")
> Case No. 09-12918 (SMB)

Dear Honorable Sir:

Enclosed herein, please find the proposed Order Authorizing the Sale of Substantially All Of The Debtor's Assets and Related Relief (the "Sale Order"). For the Court's convenience, I have enclosed a copy of the Sale Order redlined against the version of the proposed sale order initially filed with the Court. I have also enclosed a copy a redlined version of the asset purchase agreement.

The Sale Order has been negotiated among; the counsel for the Official Committee of Unsecured Creditors, Wells Fargo Bank, NA and the proposed purchaser and submitted upon the consent of the parties.

Respectfully submitted,

Clifford A. Katz

cc: Jeff Wurst, Esq.(w/o encl)
    Jason Adams, Esq.(w/o encl)
    David Prince, Esq. (w/o encl)

Encl.

PLATZER, SWERGOLD, KARLIN,
LEVINE, GOLDBERG & JASLOW, LLP
Counselors at Law